# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Case: 1:25–cv–01229  JURY DEMAND
Assigned To : Unassigned
Assign. Date : 4/14/2025
Description: TRO/PI (D–DECK)

JOHN DOE,

And similarly situated citizens of the United States,

      Plaintiffs

v.

United States of America,

Donald J. Trump, in his purported official and individual capacities,

Elon Musk, in his purported official and individual capacities,

Stephen Miller, in his purported official and individual capacities,

J.D. Vance, in his purported official and individual capacities,

United States Doge Service,

Department of Government Efficiency,

Republican National Committee,

The Republican Party and Parties of the United States a.k.a. Grand Old Party, all members,

Unknown Transition donor Jane Does and Unknown Transition donor John Does,

The Heritage Foundation,

Fox News Network LLC, et al.

      Defendants

<u>**COMPLAINT FOR DECLATORY, INJUNCTIVE, MONETARY, and**</u>
<u>**OTHER RELIEF with DEMAND FOR JURY TRIAL**</u>

A.                               **INTRODUCTION**

0.  This is a case concerning the clandestine, surreptitious, and or

covert overarching policy of governance and jurisprudence of the

defendants and current republican political party known as Project

2025 and its objective to abolish the operational existence of the

Constitution of the United States. Project 2025 is not new, and the

facts of the case outline its implementation since 2016 or earlier

under the title of "The Mandate for Leadership". Defendants are white

supremacists and confederates. Defendants engage in an ongoing

complex scheme to violate the Constitutional rights of protected

classes of individuals resulting in injury, future injury, and irreparable

harm. The defendants are grossly incompetent and unqualified,

engage in criminal conduct, but have the power to conceal and

deceive. Defendants engaged in a kidnapping, and attempted murder

of the primary plaintiff John Doe for assertion of rights by a non-white

person resulting in injury. The primary plaintiff John Doe is an Asian

American natural born citizen. Defendants project 2025 policy is in

large part a complex scheme enforcing 2 systems of justice, one for

the wealthy and white persons, and another for black, brown, women,

lgbtq, the disabled, and impoverished in violation of at least the Equal Protection clause.

Pursuant to the project 2025 policy, defendants attack the truth and thus the 1st amendment rights of those who oppose them .Defendants prey on the low informed, and the powerless to secretly bolster white supremacy by being cleverer in controlling the data of discrimination by disinformation, misinformation to the extent of resorting to crime including murder, kidnapping, obstruction and concealment. Defendants weaponize manufactured grievance.

Pursuant to the project 2025 policy, immunity statutes and jurisdictional law are abused reducing the constitutional guarantees of black, brown, women, lgbtq, the disabled, and impoverished, to the discretion of white supremacist officials of whether to investigate, adjudicate, rectify, and manipulate the narrative or data of discrimination. Defendants have removed oversight personnel and agencies for the purpose of implementation of the project 2025 policy, to bolster the attack black, brown, women, lgbtq, the disabled, and impoverished. Instead, loyalists to white supremacy and the white supremacist leader over the Constitution are installed.

The court is also faced with due process, procedural, and pleading questions. Plaintiff(s) has a right to seek redress, having already been attacked for executing this right, without worry of retaliation against him or his family. Pursuant to the project 2025 policy the defendants have and continue to knowingly formulate a live ongoing threat of violence against judges, lawyers, opposition, and litigants, like the plaintiff, who oppose their conduct under guise of the 1st amendment. The very safety of litigants and the right to seek redress of grievances under the 1st amendment and the due process clauses outweighs disclosure of identifying facts, in particular when the defendants' counsel has sworn allegiance to white supremacy and the defendants over the Constitution of the United States and the laws thereof, in violation of at least the Establishment Clause. This is a "self-inflicted wound" created by the defendants weakening their own defense. It is not the plaintiff or similarly situated persons who should be dissuaded. For this reason, plaintiff believes the initial pleading requirements regarding "factual specificity" should be flexible.

In the context of executed alleged official duties that offend the constitutional rights of the plaintiffs', defendants lack jurisdiction

under the 14th Amendment Section 3, rendering them void. While congress retains authority to enforce section 3 of the 14th Amendment by removal of the political disability of insurrection of the leader of the white supremacist defendant, courts remain finders of fact and retain jurisdiction to determine whether congress' failure to remove a political disability renders an act of the disabled void. Moreover, the insurrection clause was designed to prevent the very conduct of the defendants now. The Supreme Court's determination in Anderson and section 3 of the 14th amendment together cannot be read to hold that congress should enforce section 3 by legislation by any other way other than legislation to remove the disability of insurrection after 2/3 vote of congress to do so. Expressio unius est exclusio alterius is a Latin term used in law that means "to express or include one thing implies the exclusion of the other, or of the alternative.". The insurrectionist defendants should never have acquired purported power to complete the task from within, in large part revoking the constitutional protections of non-white persons in operation of project 2025. Plaintiff(s) raise additional claims including the foregoing seeking damages and equitable relief. This introduction is evidenced as follows.

## JURISDICTION AND VENUE

1. The Plaintiff John Doe brings this action pursuant to 42 U.S.C. § 1983, Bivens, 1985,1986,1981, Title VI of the Civil Rights Act 42 U.S.C. § 2000d et seq, the Fourteenth Amendment to the United States Constitution, and other provisions and rules to the extent of all relief sought including damages and equitable relief, and co-plaintiffs to the extent injunctive and declatory relief is sought.

2. This Court has jurisdiction pursuant to the Federal tort claims act 28 U.S.C. §§ 1346 and 2671-2680 for any act excluded under any other cause of action.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, because this action arises under the Constitution and laws of the United States, and pursuant to 28 U.S.C. § 1343, because it seeks to redress the deprivation, under color of State and Federal law, of rights, privileges, and immunities secured to the named Plaintiff by the Constitution and laws of the United States.

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 as the plaintiff seeks over $75,000.00 in damages.

5. This Court has authority to grant declaratory and injunctive relief pursuant to 28 U.S.C. §§ 2201 and 2202 and Rules 57 and 65 of the Federal Rules of Civil Procedure.

6. Venue is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the named Plaintiffs' claims occurred in this judicial district, and the defendants are located and conduct business in this judicial district.

7. To the extent that a void judgement is challenged, the principle established in Old Wayne Mutual Life Association v. McDonough, 204 U.S. 8 (1907), remains valid law, stating that a void judgment or order can be challenged in any court. Void judgements may be challenged at any time. Because a void judgment is a nullity, there's no interest, except those that are unconstitutional, in upholding its finality, as it doesn't affect, impair, or create any legal rights, including a legal claim limiting the procedure in which challenged. Remedy is appropriate here as interference with civil rights and discrimination investigations against the defendants have been ceased, interfered with, or at a minimum have had a chilling effect imposed at the executive and congressional branch levels, in part the judicial branch, and at the state level, where governed by the defendants and that conduct is in part the factual basis here.

https://www.washingtonpost.com/nation/2025/02/28/doge-trump-civil-rights-office-closing-eeoc/

https://cbc.house.gov/news/documentsingle.aspx?DocumentID=2774

https://www.nytimes.com/2025/01/22/us/politics/justice-department-civil-rights-work.html

https://www.yahoo.com/news/trump-dismantling-eeoc-civil-rights-174211632.html

https://www.democracydocket.com/news-alerts/trump-freezes-dojs-civil-rights-division/

https://www.lawyerscommittee.org/trumps-actions-on-executive-orders-harm-civil-rights/

8. All data, publications, references, or other materials referred to are incorporated by reference pursuant to F.R.C.P. 10(c). Plaintiff also incorporates by reference the ever-increasing in volume, individual factual bases of the lawsuits and pleadings filed against the defendants listed and updated here.

https://www.nytimes.com/interactive/2025/us/trump-administration-lawsuits.html

https://www.lawfaremedia.org/projects-series/trumps-first-100-days/tracking-trump-administration-litigation

## PARTIES

9. Primary Plaintiff, John Doe, a 49-year-old Asian American male and U.S. born citizen, permanently disabled, brings this lawsuit seeking declatory and immediate injunctive relief to prevent irreparable harm as a matter of law, and seeking monetary and other relief with demand for jury trial for injuries resulting from defendant policy and or policies, in violation of the Constitution of the United States.

10.     Plaintiff is indigent within the meaning of federal statute 28 U.S. Code § 1915.

11.     Other plaintiffs are similarly situated citizens of the United States. See F.R.C.P. 23(a) (1) "the class is so numerous that joinder of all members is impracticable"

12.     Defendants include the entire republican party, nationwide, all members, who primarily function in Washington D.C. This class of persons include the authors or parties involved with the project 2025

policy. See F.R.C.P. 23(a) (1) "the class is so numerous that joinder of all members is impracticable"

13.     Unknown transition donor defendants' identities have been concealed by the other defendants.

14.     Defendants are confederate white supremacists within the meaning of white supremacy: "beliefs and ideas purporting natural superiority of the lighter-skinned, or "white," human races over other racial groups. In contemporary usage, the term *white supremacist* has been used to describe some groups espousing ultranationalist, racist, or fascist doctrines. White supremacist groups often have relied on violence to achieve their goals. "

15.     A confederacy, in a political sense, is a union of sovereign states that are united for common action, often established by treaty, with the central government providing support for its members. The central government is controlled by the defendants. The common action is the project 2025 policy.

16.     In a legal context, a "confederacy" generally refers to a union or league of states or people formed for a specific purpose, often with a focus on mutual support or joint action and can also describe a group conspiring for unlawful purposes. Historically, the term has been used to describe the Confederate States of America, formed by

Southern states that seceded from the United States during the Civil War.

17.    Defendants operate in individual capacities and official capacities. At all times relevant to the events, acts, and/or omissions alleged in this Complaint, defendants have acted under color of law, pursuant to their authority and responsibility as officials of the US and state governments and in individual capacities. To the extent this case concerns a civil conspiracy, each defendant is liable for the other defendants' acts, even if official. To the extent immunity statutes may apply, they only apply to the specific individual performing the alleged official act while liability to the other defendants remain.

18.    At all times relevant to the events, acts, and/or omissions alleged in this Complaint defendants have:

a. Conspired to interfere with civil rights within the meaning of 42 USCS 1985,

b. Neglected to prevent the conspiracy within the meaning of 42 USCS 1986,

c. Deprived equal rights within the meaning of 42 USCS 1981,

d.  Discriminated based on race, color, and national origin in programs
and activities receiving federal financial assistance within the
meaning of Title VI, 42 U.S.C. § 2000d et seq.

e.  Participated and participate in an ongoing insurrection that
commenced on 01/06/21, in part by conspiracy to abolish the U.S.
Constitution under color of law within the meaning of Amendment 14,
Section 3 of the U.S. Constitution.

f.  Engaged in deprivation of rights, privileges, or immunities secured by
the Constitution and laws within the meaning of 42 U.S.C. § 1983 and
Bivens.

19.    Plaintiff conceals and protects his identity and identifying facts
because of already being retaliated against and injured by white
supremacist gang members, solicited by the defendants as a policy
provision, but will provide any data the court deems not forfeit by
defendants as elaborated in section Q 2, the 8th Cause of Action,
below. Defendants have indeed recently threatened Americans who
are defiant to the unconstitutional project 2025 policy, in part, by
"pardoning" hundreds of persons, known to the world as
"insurrectionists" , all convicted of some crime which many perceive
as an element of the insurrection that transpired on January 6th 2021,
invoked by their leader Donald J. Trump, even though not elements

of the legal crime of insurrection , for the purposes of prosecution,

trial, plea, conviction, and sentencing. Conduct in which the alleged

president engaged in but now attempts to rewrite this history.

See special counsel report.

https://www.justice.gov/storage/Report-of-Special-Counsel-Smith-
Volume-1-January-2025.pdf

See the Honorable Judge Chutkan order.

https://www.courtlistener.com/docket/68344110/30/united-states-v-
banuelos/

See the Honorable Judge Beryl Howell order.

https://www.courthousenews.com/wp-
content/uploads/2025/01/howell-dahlquist-dismissal-orde.pdf

Defendants also deleted the NLEAD which contained 4790 reports of

federal officer misconduct between 2018-2023.

https://www.newsnationnow.com/politics/trump-database-police-
misconduct/

B.                    **FACTS COMMON TO ALL COUNTS**

20.        Defendants have reduced to writing policy known as "Project

2025".

https://static.project2025.org/2025_MandateForLeadership_FULL.pdf

21.        Said policy has been implemented in republican controlled

areas of the United States for at least a decade. As a result of the

policy's implementation, the plaintiff was and is continuously being

injured physically and otherwise. No Constitutional right has been

spared.

https://www.americanprogress.org/article/project-2025s-distortion-of-civil-

rights-law-threatens-americans-with-legalized-discrimination/

https://www.theguardian.com/us-news/2025/mar/17/trump-administration-

project-2025

https://thehill.com/homenews/administration/5198655-trump-white-house-

project-2025/

22.        Requisite of the Project 2025 policy, regions of the United

States, in particular Republican affiliated governments, require a

secret pledge of republican officials to white supremacy over the state

and federal constitutions, regardless of who the leader of the confederate white supremacist republican government is. It appears the confederate white supremacist republican leaders currently are Donald J Trump and Elon Musk. The 3 branches of the government, both state and federal, as members of the confederate white supremacist republican party are required to abdicate their authorities in violation of the separation of powers. This phase of the project 2025 policy is sufficiently complete.

https://www.washingtonpost.com/opinions/2025/02/12/republicans-abandon-checks-and-balances/

https://talbotspy.org/trump-asks-congress-to-abdicate-its-constitutional-responsibility-by-j-e-dean/

https://www.nytimes.com/2025/03/14/us/politics/trump-republicans-congress-power.html

23.     Whenever possible, loyalists to white supremacy are installed in positions of government power. All 3 branches of government in the state where plaintiff John Doe primarily resides, in their entirety, save some democrat officials, have abdicated authority, while only the republican affiliated members of the 3 branches federally have done so. Third parties, administrative agencies, investigative agencies, and

Quasi-judicial entities, when operating in relation to the confederate white supremacist government, have capitulated. The Heritage Foundation has reduced these confederate white supremacist / neo-reactionary policies to writing in "project 2025", which result in "trickle down discrimination, racism, and sexism".

https://static.project2025.org/2025_MandateForLeadership_FULL.pdf

Fact specific acts of the defendants are incorporated by reference from the ever-increasing in volume, individual factual bases of the lawsuits and pleadings filed against the defendants listed and updated here.

https://www.nytimes.com/interactive/2025/us/trump-administration-lawsuits.html

https://www.lawfaremedia.org/projects-series/trumps-first-100-days/tracking-trump-administration-litigation

24.    In 2015, plaintiff John Doe, formerly high positioned executive, a WHISTLEBLOWER against, at the time one of the wealthiest persons in America and republican donor, filed suit for employment retaliation and discrimination. Instead of litigation commencing, the plaintiff was arrested, prosecuted, and incarcerated, commencing a

decades long battle against unconstitutional conduct of the republican
government and implementation of the policy which was not yet
labeled "Project 2025", although still titled in part the "Mandate for
leadership". Plaintiff was again, and is still, retaliated against for
complaining about the same, the last act of attempted concealment of
the act of violence in an official proceeding transpired on 01/29/25.

25.        As a result of the implemented policy, on 12/20/20, plaintiff
John Doe, was subjected to a weaponized attempt on his life at the
hands of white supremacist gang member(s), solicited by the
defendants. The injury resulted in traumatic brain injury leaving the
plaintiff permanently disabled. Plaintiff is diagnosed with chronic
traumatic encephalopathy with symptoms including anterograde
amnesia, legal blindness, hearing loss, suffers from seizures, issues
with comprehension and other physical impairments and
disfigurements. The attempt on his life was the last of 4. Where
defendants sought Black or Latino assassins in the first 3 attempts to
silence the plaintiff, he was spared because of his character. As a
result of those 3 attempts, plaintiff was made aware of the conspiracy
by the would-be assassins.  Plaintiff was also subjected to witnessed
conduct labeled domestic terrorism which included abuse and torture,
and all this conduct commenced in 2016. The leader of the

confederate white supremacist republican party at that time was

Donald J. Trump. 144 former Trump administration staffers authored

project 2025 and many work for the current administration for the

secret purpose of implementation.  https://www.afge.org/article/new-

trump-administration-packed-with-project-2025-architects/

https://democrats.org/news/by-the-numbers-trump-stacks-his-cabinet-with-

billionaires-project-2025-authors-and-unqualified-minions/

https://nymag.com/intelligencer/article/trump-cabinet-picks-with-project-

2025-ties.html

26.    All these violations were the result of the Project 2025 policy,

even though not titled so at the time,

(  https://www.heritage.org/environment/report/heritage-releases-final-

volume-2016-mandate-leadership-series ),

which is written in part , and unwritten in part , including a secret

overarching ongoing conspiracy to interfere with civil rights, in

violation of and or raised here pursuant to, Title VI of the Civil Rights

Act ,USCS 1985, 1986, 1981, 1983, 2000a, and Bivens, in which the

defendants , unbeknownst to the plaintiff and many Americans, had

agreed to ,misrepresent, torture, maim, assault , kidnap and batter

the plaintiff for assertion of rights by a non-white person. Indeed,

defendants are currently kidnapping legal and illegal migrants to an El Salvador prison pursuant to implementation of the project 2025 policy at the federal level.

https://www.nbcnews.com/news/us-news/man-was-sent-el-salvador-due-administrative-error-protected-legal-stat-rcna199010

The plaintiff is an Asian U.S. citizen. The defendants also agreed to murder the plaintiff if the other tactics were not effective. The plaintiff pleaded for his life and complained to the defendants and others. No action other than steps to conceal the data was taken including threats against those who reported the conduct. This had a chilling effect on complaints to authorities. Pursuant to the project 2025 policy, the defendants had also agreed to and engaged in, a secret sub conspiracy to predetermine the outcome of judicial, quasi-judicial, investigative, and administrative, proceedings in which the defendants acted to conceal the conduct of the ongoing overarching secret conspiracy to interfere with civil rights, by a "CATCH and KILL scheme".  Both agreements were made pursuant to the "Project 2025" policy. All the defendants had knowledge of the conspiracies but failed to prevent them or their conduct.

27.     The sub conspiracy "CATCH and KILL scheme "operated as

follows. Instead of the confederate white supremacist republican

government working equally for the people, they controlled the

narrative by controlling the outcome of all investigative, judicial,

quasi-judicial, and administrative, proceedings and thus the data of

discrimination. The data in areas governed by the defendants are

controlled by installed loyalists.

28.     Inter alia, the confederate white supremacist republican judicial

branch adversely executes jurisdiction over this Asian American

citizen when none exists and refuses jurisdiction of matters when it

does, when favorable to the Asian American plaintiff but unfavorable

to the white defendants. Investigators within the confederate white

supremacist republican government orchestrate the outcomes of

investigations in part by concealing and or tampering with evidence

when adverse to the white defendants. Clearly established law as

determined in the cases of sufficiently similarly situated white persons

is applied differently in the cases of this Asian American plaintiff .Inter

alia , the State of John Doe's primary residence and defendants,

knowingly swept investigations adverse to the defendants under the

rug, submitted fraudulent record , and pleadings to the court in the

plaintiff's cases and the court ignored the contests and records

submitted by the petitioner, having abdicated their authority. When an initial pleading was filed by the plaintiff, the court, knowingly , collusively, with the defendant(s),fraudulently misfiled the pleading under an incorrect case number and/ or proceeding type, and/ or fraudulently altered the initial pleading, and /or fraudulently altered and submitted the record , and /or knowingly adopted a fraudulent proposed order that was never serviced to plaintiff prior to adoption, and /or fraudulently entered a fraudulent order based on the fraudulent alterations, and/ or knowingly misconstrued , and / or evaded procedural rules and federal law. The petitioner would challenge each void order, judgement, decree, including record in support of his contentions. The petitioner clearly asserted, that the petitioner's matters were never addressed, only the court's version of other matters, not the petitioner's, were ever addressed. The court, knowingly , collusively, with the defendant(s),fraudulently misfiled the pleading under an incorrect case number and/ or proceeding type, and/ or fraudulently altered the initial pleading, and /or fraudulently altered and submitted the record ,and /or knowingly adopted a fraudulent proposed order that was never serviced to appellant prior to adoption, and /or fraudulently entered a fraudulent order based on the fraudulent alterations, and/ or knowingly misconstrued , and / or

evaded procedural rules and federal law. These actions created fraudulent appellate records which were submitted to reviewing courts, which never included the necessary records. The petitioner would challenge each void order, judgement, decree, including record in support of his contentions.

29.    All resulting in EVASION of valid claims of this Asian American plaintiff , reducing meaningful access to the courts, due process, equal protection, and other constitutional protections to discretion of whether to write an opinion, to accept jurisdiction, to alter the narrative, and whether to apply the law in the same way applied in the cases of similarly situated white persons. The project 2025 policy is designed to make powerless black, brown, women, lgbtq, the impoverished, the disabled, and was so implemented in the cause of action specific to the primary plaintiff John Doe. There is no equally applied remedy by appeal in areas of the country governed by the defendants.

30.    Essentially , the state's lowest court , have knowingly ruled inconsistently with the law, (the CATCH),  in the Asian American plaintiff's cases to the advantage of the white defendants, forcing an appeal, where the State courts of review and state Supreme court, who have abdicated their authority to white supremacy, the leaders of

the confederate white supremacist government at this moment appears to be Donald J. Trump and Elon Musk ,could dispose of the case by unelaborated opinion, alter the narrative, and or apply the law as determined in the cases of similarly situated white persons differently, (the KILL). Investigative proceedings operated the same. Complaints to agencies became dead on arrival at the discretion of confederate white supremacist republican officials at both the State and Federal levels. The essential fact of the act of violence and resulting injury on 12/20/20 has been concealed by the Circuit, District, Supreme courts, administrative and investigative agencies. The last act of this ONGOING conspiracy transpiring on 01/29/25. Plaintiff John Doe is not the only victim. He is the only one that survived for almost a decade, in a position, to meaningfully plead these facts, with at least evidence of the existence of the prior spoliated evidence by the defendants and, with the courage and determination to continue. Indeed, an objective of the confederate white supremacist republican project 2025 policy is wearing down its opposition. The kidnapping of a lawful resident at the federal level has just been discovered.

https://www.cnn.com/2025/04/01/politics/maryland-father-mistakenly-deported-el-salvador-prison/index.html

31.     In the course of the implementation of the policy now known as

Project 2025, a pattern of unconstitutional misconduct transpired

including, the orchestration of probable cause, a kidnapping to prison

under a false identity by government officials, a falsified police

report ,collusively by the white prosecutor and white sheriff's

detective, an altered custodial interrogation transcript, collusively by

the white prosecutor and white sheriff's detective, illegal judicial

suppression of exonerating evidence, with no evidence of

suppression in the cases of similarly situated white persons, altered

court records, with no evidence of altered records in the cases of

similarly situated white persons, spoilation of evidence, knowing

conflict decisions in this Asian American plaintiff's cases with clearly

established law in the cases of sufficiently similarly situated white

persons , while the data of discrimination continues to be manipulated

by this confederate white supremacist republican government, whose

officials' sole purpose is to at a minimum, impose a chilling effect

upon constitutional rights, as in this case of this Asian American

plaintiff, to the advantage of the white defendants. Just this sole

primary plaintiff's records will demonstrate a widespread project 2025

policy and conspiracy with hundreds of acts in furtherance, because

he survived. There IS well concealed evidence nationwide in areas

governed by the confederate white supremacist republican party with

isolated incidents in areas not governed by the defendants.

https://www.sciencedirect.com/science/article/pii/S0176268024000259

https://content.iospress.com/articles/statistical-journal-of-the-iaos/sji200667

32.     On January 1st, 2017, leader of the confederate white

supremacist republican party, also known as "maga", attempted

implementation of the project 2025 policy, which escalated to an

attempted coup of the government on January 20, 2021, after the

confederate white supremacist leader lost the election to President

Joe Biden. During Donald J. Trump's 1st presidency, while

implementing the Project 2025 policy it was reported that he engaged

in over 30573 false or misleading claims.

https://www.washingtonpost.com/politics/2021/01/24/trumps-false-or-

misleading-claims-total-30573-over-four-years/

33.     Leading up to and during the 2024 election cycle he continued

and escalated that conduct, spreading disinformation and

misinformation with the assistance of his co leader Elon Musk, and

America's longest known adversary, Russia.

See sanction report on Russian interference.

https://home.treasury.gov/news/press-releases/jy2766

34.    Indeed, this should be no surprise, as similar allegations of

collusion with Russia had previously transpired.

See Mueller report volumes 1 and 2, and Senate report.

https://www.justice.gov/archives/sco/file/1373816/dl?inline=

https://www.justice.gov/storage/report_volume2.pdf

https://www.intelligence.senate.gov/press/senate-intel-releases-election-

security-findings-first-volume-bipartisan-russia-report

35.    As a result, even though questions exist, Donald Trump by

scheme to defraud Americans by disinformation and misinformation,

made his way to the oval office. Even when there is "some" truth in

anything he, his supporters which include social media influencers,

and the confederate white supremacist republican officials say, that

truth is compounded by prior or subsequent disinformation or

misinformation making the minor truth a falsehood.

See special counsel Jack Smith report.

https://www.justice.gov/storage/Report-of-Special-Counsel-Smith-

Volume-1-January-2025.pdf

36.     Pursuant to the project 2025 policy, defendants have lied about helping Americans on issues most important to them like lowering costs. There is no plan to help Americans. They only "dismantle critical public services" including those involved with civil rights and oversight to attack black, brown, women, lgbtq, the impoverished, and disabled. Defendants in this scheme to defraud have preyed on tendencies of selective hearing of low information voters.

https://apnews.com/article/doge-elon-musk-federal-government-resignations-usds-6b7e9b7022e6d89d69305e9510f2a43c

37.     Pursuant to the project 2025 policy Trump has fired top military leaders, including those who would determine orders illegal, so he can use the military against the people.

https://www.npr.org/2022/05/09/1097517470/trump-esper-book-defense-secretary

https://www.pbs.org/newshour/politics/trump-suggests-hell-use-the-military-on-the-enemy-from-within-the-u-s-if-hes-reelected

38.     Pursuant to the project 2025 policy people around the world are dying because of Trump and Musk cuts.

https://www.yahoo.com/news/nearly-15-000-died-already-201953492.html

https://www.theguardian.com/global-development/2025/mar/14/aid-cuts-humanitarian-united-nations-usaid-trump-uk-malnutrition-starvation-deaths-wfp-fao-defence-spending

https://www.nbcnews.com/news/world/diseases-starvation-security-global-problems-worsen-result-usaid-cuts-rcna190953

39.     The confederate white supremacist republican government has demonized women, lgbtq, and people of color ,veterans, public servants, disabled persons, the impoverished, and others, secretly stripped them of their rights , in manners described above, while controlling the narrative by controlling the data of discrimination at the state level for years .The project 2025 policy quite simply reduces the constitutionally guaranteed protections and rights of women, lgbtq, and persons of color, and others, to the discretion of the confederate white supremacist republican government , and now ,ultimately to the confederate white supremacist republican leaders Donald J. Trump and Elon Musk.

40.        In operation, one critical objective of the project 2025 policy is

to install "loyalists" to the confederate white supremacist leader and

white supremacy itself, over the constitution, in all positions of power,

regardless of being unqualified, who answer only to the will of the

alleged president, implementing the other policy objectives itself.

They must pledge loyalty to the alleged president over the

constitution. This objective is sufficiently complete. However, history

will show that even the worst of Americans will draw the line at some

point against tyranny and will face, like Mike Pence, the wrath of

Trump and his supporters.

https://thehill.com/opinion/campaign/5049179-trump-loyalty-power-agenda/

https://apnews.com/article/trump-transition-loyalty-appointments-ca140eec67df051cf6d378b7108f0f5c

https://www.reuters.com/world/us/trump-taps-loyalists-with-few-qualifications-top-jobs-2024-11-13/

https://www.cnn.com/2025/01/12/politics/trump-cabinet-loyalty-test-confirmation-hearings/index.html

https://www.politico.com/news/2022/05/25/trump-expressed-support-hanging-pence-capitol-riot-jan-6-00035117

41.    These loyalists are grossly incompetent and unqualified and are placed in power with complete disregard for the safety of Americans.

https://www.theatlantic.com/politics/archive/2025/03/signal-group-chat-attack-plans-hegseth-goldberg/682176/

https://democrats.org/news/new-rfk-jr-lied-about-profiting-off-dangerous-conspiracy-theories-funneled-millions-out-of-charity/

https://transequality.org/news/a4te-condemns-rfk-jr-confirmation-hhs

https://www.usatoday.com/story/opinion/columnist/2025/02/14/kennedy-confirmed-hhs-secretary-trump-chaos/78541670007/

https://www.rawstory.com/pam-bondi-2671146665/

https://www.msn.com/en-us/news/politics/incompetence-ex-prosecutor-stunned-by-trump-ag-s-inexplicable-screw-ups/ar-AA1yWunx?ocid=EMMX

https://newrepublic.com/article/193172/trump-cabinet-signal-chat-atlantic-war-houthi-stupidity

42.     In operation, another of the project 2025 policy objectives,

defendants have engaged in what they call a "flood the zone" tactic,

where the defendants execute their executive authority, by knowingly

and unconstitutionally "power grabbing" or usurping authority, even if

operationally temporary, by executive order, memorandum, oral

pronouncement, or other method, from the other branches of

government, that have long term irreparable results.

https://www.democracydocket.com/analysis/what-is-unitary-executive-
theory-how-is-trump-using-it-to-push-his-agenda/

https://www.epw.senate.gov/public/index.cfm/2025/2/whitehouse-trump-
administration-s-lawless-disregard-for-legislative-judicial-authority-
threatens-must-pass-congressional-actions

https://www.nytimes.com/2025/02/10/us/politics/trump-constitutional-
crisis.html

https://www.npr.org/2025/02/11/1230674436/are-we-in-a-constitutional-
crisis

https://www.reuters.com/legal/us-supreme-court-girds-trump-cases-can-it-
be-an-effective-firewall-2025-02-07/

https://www.pbs.org/newshour/politics/vance-and-musk-attack-judicial-authority-as-trumps-agenda-gets-pushback-from-courts

https://www.thenation.com/?post_type=article&p=541294

https://apnews.com/article/trump-judges-rulings-constitutional-crisis-presidential-power-a9c593cf3f9faec23a03f4a5123fefdb

Fact specific acts of the defendants are incorporated by reference from the ever-increasing in volume, individual factual bases of the lawsuits and pleadings filed against the defendants listed and updated here.

https://www.nytimes.com/interactive/2025/us/trump-administration-lawsuits.html

https://www.lawfaremedia.org/projects-series/trumps-first-100-days/tracking-trump-administration-litigation

43.      Pursuant to the project 2025 policy objective to abolish the Constitution by operation, they ignore that the first three articles of the U.S. Constitution establish the three branches of government. Article

I outlines the Legislative Branch (Congress), Article II establishes the Executive Branch (President), and Article III defines the Judicial Branch (Supreme Court).

Article I: Covers the legislative branch, responsible for making laws.
Article II: Covers the executive branch, responsible for enforcing laws.
Article III: Covers the judicial branch, responsible for interpreting laws.

44.     Pursuant to the project 2025 policy, where congress by constitutional provision and or law must be involved , they are not , and where the judiciary by constitutional provision or law should be involved subsequent to congressional involvement, they are brought into a situation where the executive branch will merely ignore or conceal the continued defiance of court orders, or hinder the effectiveness of the court orders. Countless lawsuits have been filed so far adverse to the current administration and their resulting judicial orders are being ignored. This number is growing.

45.     Fact specific acts of the defendants are incorporated by reference from the ever-increasing in volume, individual factual bases

of the lawsuits and pleadings filed against the defendants listed and
updated here.

https://www.nytimes.com/interactive/2025/us/trump-administration-
lawsuits.html

https://www.lawfaremedia.org/projects-series/trumps-first-100-
days/tracking-trump-administration-litigation

46.    As stated, this is not new policy and has been implemented in
republican controlled areas of the country for at least a decade, now
in process of implementation on a federal level. Constitutional
guarantees are reduced to the discretion of white supremacy and
confederate white supremacists.

47.    In operation ,a third objective of the policy, federal agencies ,
federal staffers and their programs are terminated and or reduced in
size and capacity to the chilling effect of non-effectual existence .Only
those that pledge loyalty to the confederate white supremacist
president and white supremacy itself over the Constitution, or have
been designated as a non-threat to the loyalty pledge provision
remain. To the extent defendants and some conservative judges
argue that all weight should be given to the result of an election, that
the people chose the president, who in turn has all control of

terminations and some other matters within the executive branch,

equal weight must be given to whether that result was obtained by an

unconstitutional scheme to defraud. Had defendants not schemed to

defraud Americans of their votes by in part false promises, hiding

"some" truths in between, the results would have been different.

https://civilrights.org/trump-rollbacks/

https://apnews.com/article/trump-firings-prosecutors-dei-federal-government-2042969d1855feb2753b6237f1022666

https://apnews.com/article/doge-firings-layoffs-federal-government-workers-musk-d33cdd7872d64d2bdd8fe70c28652654

https://cbc.house.gov/news/documentsingle.aspx?DocumentID=2774

https://apnews.com/article/trump-eeoc-commissioners-firings-crackdown-civil-rights-c48b973cb32bad97e9da9e354ba627db

https://www.nbcnews.com/politics/doge/government-layoffs-trump-firings-department-probationary-employees-rcna192307

https://worldatwork.org/publications/workspan-daily/trump-firings-alter-eeoc-federal-workers-get-notice-of-buyout-plan

https://www.brookings.edu/articles/tracking-turnover-in-the-trump-administration/

https://www.southernenvironment.org/news/we-all-suffer-from-federal-workforce-cuts/

https://www.npr.org/2025/02/20/nx-s1-5301150/trump-federal-employees-fired-veteran-food-agriculture

https://www.appropriations.senate.gov/news/minority/fact-sheet-trump-and-elons-layoffs-jeopardize-essential-services-americans-rely-on-threaten-critical-agency-objectives-keeping-americans-safe_healthy

https://www.latimes.com/politics/story/2025-02-19/trump-administration-doge-firings

48.     In operation, a fourth objective of the project 2025 policy, after DESTROYING EVIDENCE, in part by elimination of the responsible agencies, investigators, and oversight personnel, replacing them with loyalists, which have in some instances investigated or incriminated, or were in process of investigating, Donald J. Trump and Elon Musk,

https://democratsjudiciary.house.gov/uploadedfiles/2025.02.13_fact_sheet_re_musk_investigations.pdf

,a rewrite of history is in process by relying on the 3 foregoing objectives of the policy, while DEMONIZING the political views , and assertion of

rights ,of women, lgbtq, the disabled ,the impoverished and ,people of color, while participating in Russia's disinformation campaign against the United States and its citizens,  while creating and spreading its own disinformation intended to aggrandize principles of the world's most hated historical figures like Hitler or American confederates. Deny, delay, destroy the evidence, instead of defending, in the name of the confederate white supremacist leader and white supremacy itself.

https://www.pbs.org/newshour/politics/trump-said-hitler-did-some-good-things-and-wanted-generals-like-the-nazis-former-chief-of-staff-kelly-claims

https://abcnews.go.com/Politics/donald-trumps-history-adolf-hitler-nazi-writings-analysis/story?id=105810745

https://forward.com/fast-forward/615880/donald-trump-hitler-nazi-references/

https://digitalcommons.gardner-webb.edu/undergrad-honors/62/

https://www.msnbc.com/rachel-maddow-show/maddowblog/allegations-trump-hitler-take-spotlight-election-day-nears-rcna177237

https://www.theguardian.com/us-news/article/2024/jun/03/donald-trump-hitler-similarities

https://theharvardpoliticalreview.com/trump-rhetoric-hitler/

https://www.npr.org/2023/11/17/1213746885/trump-vermin-hitler-immigration-authoritarian-republican-primary

Defendants are erasing the true American history and replacing it with a false history in the name of white supremacy.

https://www.nytimes.com/2025/03/31/arts/design/trump-smithsonian-race.html

https://www.yahoo.com/news/trump-executive-order-targets-smithsonian-091125701.html

https://www.artnews.com/art-news/news/trump-executive-order-smithsonian-institution-art-history-1234737442/

https://www.npr.org/2025/03/27/nx-s1-5342914/smithsonian-president-trump-executive-order

https://www.usnews.com/news/entertainment/articles/2025-03-27/trump-executive-order-on-smithsonian-targets-funding-to-programs-with-improper-ideology

https://www.democracynow.org/2025/3/31/kennedy_center

https://www.npr.org/2025/03/28/nx-s1-5343524/smithsonian-trump-executive-order

https://www.theguardian.com/us-news/2025/mar/30/smithsonian-institution-trump-executive-order

https://www.france24.com/en/live-news/20250319-trump-s-us-government-erases-minorities-from-websites-policies

https://www.npr.org/2025/03/07/nx-s1-5321003/pentagon-images-flagged-removal-dei-purge-trump

49.    In furtherance of the objective to erase and rewrite history, defendants interfere with the ability to challenge the unconstitutional project 2025 policy.

https://www.reuters.com/world/us/trump-signs-executive-order-against-law-firm-jenner-block-2025-03-25/

https://thehill.com/regulation/court-battles/5211686-trump-administration-targets-law-firms/

https://www.politico.com/news/2025/03/24/retribution-big-law-capitol-hill-00246766

https://www.businessinsider.com/law-firms-fight-trump-attack-big-law-unprecedented-2025-3

https://www.msnbc.com/rachel-maddow-show/maddowblog/trump-law-firms-paul-weiss-democracy-rcna197747

https://www.newyorker.com/news/q-and-a/why-constitutional-crisis-fails-to-capture-trumps-attack-on-the-rule-of-law

50.     The overarching and unwritten goal of all 4 of these objectives and others of the Project 2025 policy is secret "White Supremacy". Secret white supremacy is achieved by reducing constitutional rights to discretion of confederate white supremacists.

https://tminstituteldf.org/what-project-2025-means-for-black-communities/

https://www.amnestyusa.org/blog/president-trumps-first-week-begins-with-rollout-of-white-supremacist-policies-and-pardons/

https://www.pbs.org/newshour/show/trump-dines-with-white-supremacist-renewing-questions-about-gops-leadership-and-values

https://www.vox.com/policy-and-politics/23484314/trump-fuentes-ye-dinner-white-nationalism-supremacy

https://www.msnbc.com/opinion/msnbc-opinion/trump-backing-billionaires-enabling-white-supremacy-rcna174186

https://www.americananthropologist.org/online-content/everything-is-permitted-trump-white-supremacy-fascism

https://www.theguardian.com/us-news/2023/aug/14/laura-loomer-trump-praise-white-supremacist

https://www.aclu.org/trump-on-dei-and-anti-discrimination-law

51.      Indeed, republican governed parts of the country have installed loyalists even in the judicial branch. While the Constitutions, state and federal, guarantee equal protection and access to the courts, a loyalist trial courts make decisions in the cases of a person of color inconsistent with the law as clearly established in the cases of white persons, force an appeal, and an appellate court can dispose of the case without opinion, further reduced to the state and federal Supreme courts denying discretionary jurisdiction. Other laws, in the hands of the confederate white supremacist loyalist's discretion are

abused, like those concerning immunity or the rule of necessity.

Administrative and investigative proceedings concerning

discrimination never see the light of day. Indeed, the confederate

white supremacist republican governments can and have oppressed

the constitutional rights of people of color, women, lgbtq, the

impoverished at will under the project 2025 policy by reducing

constitutional guarantees to the discretion of the confederate white

supremacist republican loyalists.

https://www.americanprogress.org/article/project-2025-is-already-a-reality-in-many-states/

https://democracyforward.org/wp-content/uploads/2024/09/DF-_-Project-2025-in-the-States-Fact-Sheet-%E2%80%94-Final.pdf

https://www.politico.com/interactives/2025/trump-executive-orders-project-2025/

52.     Civil rights divisions in federal agencies are overworked or

restricted from investigating matters by the confederate white

supremacist republican leader or no longer exists at all. Where

something violates the constitution, the violation goes undocumented

where the issue is reduced to discretion of whether to add to the workload, or discretion of the confederate white supremacist loyalist or leaders and thus discarded as adverse to white supremacy. The overwhelming majority of discriminated against Americans, are powerless without loyalists to the constitution as opposed to loyalists to white supremacy, actively and effectively operating within the government that are in fact established by the very same constitution.

https://www.afge.org/article/project-2025-seeks-to-dismantle-agencies-terminate-up-to-1-million-federal-workers/

https://civilrights.org/trump-rollbacks/

https://www.nytimes.com/2025/03/15/us/politics/trump-order-voice-of-america.html

https://thehill.com/homenews/administration/5196704-trump-executive-order-federal-agencies-eliminate/

https://www.npr.org/sections/shots-health-news/2025/03/18/nx-s1-5326118/segregation-federal-contracts-far-regulation-trump

https://capitalbnews.org/trump-cuts-civil-rights-black-federal-workers/

https://www.insightintodiversity.com/federal-dei-policies-eliminated-under-trump/

https://www.sidley.com/en/insights/newsupdates/2025/01/president-trump-signs-eo-eliminating-aa-requirements-for-federal-contractors

https://frostbrowntodd.com/president-trump-revokes-60-year-old-executive-order-requiring-affirmative-action-in-federal-government-contracting/

https://www.pbs.org/newshour/show/the-history-of-civil-service-and-the-impact-of-trumps-slashing-of-the-workforce

https://www.nbcnews.com/politics/justice-department/trump-reversing-justice-departments-civil-rights-policies-rcna189657

https://www.wilmerhale.com/en/insights/client-alerts/20250122-president-trumps-second-term--anti-dei-executive-orders

https://www.npr.org/2025/03/15/nx-s1-5328721/reduction-in-force-rif-federal-workers-job-cuts-musk-doge-layoffs

https://omar.house.gov/breakdown-trumps-executive-orders-ways-rep-omar-fighting-back

https://www.lawyerscommittee.org/trumps-actions-on-executive-orders-harm-civil-rights/

53.     As a result of just these core Project 2025 policy objectives, that the defendants have framed as "making America great again" or a new "golden age of America", or " the president's agenda", or " renewal of the American dream " ,or "America First" , there are unconstitutional conditions placed on the benefit of alleged freedoms within the boundaries of the United States and benefits already received, like entitlements, va benefits ,pensions, tax savings, etc. , that have fallen upon women, lgbtq, and people of color  , and others, including but not limited to the relinquishment of the equal protection of laws. Pursuant to the project 2025 policy, there is only true freedom for the white and wealthy.

54.     Where loyalists have been installed they are loyal to white supremacy and the confederate white supremacist leader , who happens to be the alleged president ,over the constitution, which result in execution of duties in a manner that infringes upon and or has a chilling effect upon , the constitutional rights of women, lgbtq, people of color, and others.

55.     Where executive action is taken in a power grab, they directly affect women, lgbtq, and people of color, infringing upon or has a chilling effect upon, their constitutional rights, and the rights of the

other branches of government who will protect them. Including

illegally criminalizing non-criminal conduct.

https://www.yahoo.com/news/trump-fbi-moves-criminally-charge-
190534242.html

https://www.npr.org/2025/03/10/nx-s1-5323166/arrest-green-card-
palestinian-protest

56.     Where agencies and staffers are removed or reduced, the civil

rights divisions within those agencies are affected the most, infringing

upon or has a chilling effect upon, the constitutional rights, directly

affecting women, lgbtq, and people of color.

57.     All this conduct results in "trickle down discrimination, racism,

and sexism",

https://www.sciencedirect.com/science/article/pii/S266662272300071
0

and where successfully implemented at a state level prior to this, now,

national implementation, the "project 2025" policy has had egregious

results upon the plaintiff and others.

58.    Indeed, the confederate white supremacist republican alleged

president has a long history of racism, misogyny, discrimination, and

hate.

https://www.brookings.edu/articles/trump-and-racism-what-do-the-data-say/

https://www.vox.com/2016/7/25/12270880/donald-trump-racist-racism-

history

https://www.vox.com/policy-and-politics/23484314/trump-fuentes-ye-dinner-

white-nationalism-supremacy

https://www.vox.com/identities/2017/12/15/16781222/trump-racism-

economic-anxiety-study

https://www.vox.com/identities/2019/7/15/20695427/donald-trump-tweet-

racist-aoc-tlaib-omar-pressley-nationalism

https://www.vox.com/identities/2019/7/15/20695427/donald-trump-tweet-

racist-aoc-tlaib-omar-pressley-nationalism

https://www.vox.com/identities/2019/7/29/20746188/donald-trump-elijah-

cummings-baltimore-rat-infested-racism

https://www.vox.com/policy-and-politics/2016/10/11/13228598/donald-

trump-racism-sexism-corruption

https://www.vox.com/2020/9/24/21451220/critical-race-theory-diversity-training-trump

https://www.vox.com/2024-elections/380588/trump-rally-racism-maga-stolen-election-claims

https://www.vox.com/21524499/what-trump-has-done-for-black-people

https://www.vox.com/policy-and-politics/2017/8/16/16155668/trump-history-racism-charlottesville

https://apnews.com/article/fact-check-trump-racism-election-obama-018824651613

https://www.pbs.org/newshour/politics/trumps-attacks-on-prosecutors-echo-long-history-of-racist-language

https://www.aclu.org/trump-on-dei-and-anti-discrimination-law

https://www.thenation.com/article/politics/dont-believe-trump-when-he-claims-hes-not-racist/

https://lasvegassun.com/news/2024/aug/04/trump-shows-his-true-colors-when-confronted-with-h/

https://www.yahoo.com/news/long-racist-history-donald-trump-172800225.html

https://www.axios.com/2024/09/11/harris-trump-racism-debate

https://www.amacad.org/publication/daedalus/latinos-racism-trump-era

https://www.sciencedirect.com/science/article/pii/S2666622723000710

https://www.nytimes.com/2024/01/20/us/politics/trump-haley-racially-charged-attacks.html

https://www.washingtonpost.com/national-security/trump-race-record/2020/09/23/332b0b68-f10f-11ea-b796-2dd09962649c_story.html

https://www.theguardian.com/us-news/2025/feb/05/trump-agenda-racism

https://glaad.org/fact-sheet-trump-racial-justice/

https://www.politico.com/news/2024/10/12/trump-racist-rhetoric-immigrants-00183537

https://www.rollingstone.com/politics/politics-features/trumps-long-history-of-racism-201446/

https://www.pbs.org/wgbh/frontline/article/racism-in-the-era-of-trump-an-oral-history/

https://nul.org/news/trump-poised-launch-unprecedented-attack-racial-justice-national-urban-league-ready-fight-back

https://www.nytimes.com/interactive/2018/01/15/opinion/leonhardt-trump-racist.html

https://whyy.org/articles/trump-racist-tropes-lazy-slow-harris/

https://www.cnn.com/videos/politics/2019/08/13/kth-donald-trump-racist-comments-sot-vpx-ac360.cnn

https://www.npr.org/2019/07/15/741827580/go-back-where-you-came-from-the-long-rhetorical-roots-of-trump-s-racist-tweets

https://www.cnn.com/videos/politics/2024/01/18/politics-trump-history-of-racist-rhetoric-keilar-cnc-vpx.cnn

https://www.msnbc.com/deadline-white-house/watch/donald-trump-s-long-history-of-racism-1105452611788

https://democracyincolor.com/recordofracism

https://democracyincolor.com/recordofracism2

https://www.msnbc.com/opinion/msnbc-opinion/trump-racist-violence-kkk-flyers-trump-100-rcna191488

59.    As a project 2025 policy provision and objective, defendants have weaponized disinformation/ misinformation with the assistance of foreign adversaries to gain and maintain power.

https://www.reuters.com/world/us/wrong-claims-by-musk-us-election-got-2-billion-views-x-2024-report-says-2024-11-04/

https://news.stanford.edu/stories/2022/04/know-disinformation-address

https://www.brookings.edu/articles/how-disinformation-defined-the-2024-election-narrative/

https://www.cnn.com/maga-misinformation-trump-conspiracy-theories/index.html

https://foreignpolicy.com/2024/11/25/trump-disinformation-countering-digital-platforms/

https://www.nbcnews.com/tech/misinformation/disinformation-unprecedented-threat-2024-election-rcna134290

https://pmc.ncbi.nlm.nih.gov/articles/PMC10166499/

https://www.cnn.com/2024/10/21/politics/election-social-media-misinformation-republicans/index.html

https://www.cybercom.mil/Media/News/Article/3895345/russian-disinformation-campaign-doppelgnger-unmasked-a-web-of-deception/

60.     And most recently, under ongoing guise of making the
        government more efficient, Musk and his Doge effort exacerbate the
        disinformation/ misinformation.

https://www.emptywheel.net/portfolio-item/doge-debunking/

https://newrepublic.com/post/191973/doge-changes-website-savings-
mistakes-lies

https://www.factcheck.org/2025/02/posts-spread-false-claim-about-doge-
halting-supposed-obamacare-royalties/

https://upriseri.com/musk-doge-exposed-lies-government-waste/

61.     As stated, a critical objective of the Project 2025 policy,
        defendants intend to reduce Constitutional guarantees to the
        discretion of the Confederate white supremacist republican officials.

62.      Unbeknownst to Americans and non-citizens, defendants
        agreed to, misrepresent, torture, maim, assault, kidnap and batter
        persons of color, the same as the plaintiff, for assertion of rights by a
        non-white person.

63.     Pursuant to the project 2025 policy, demonstrating the intent to
        treat people of color as a lower class of citizen, the defendants

agreed to, in part by executive action illegally invoke the Alien Enemies Act of 1798 to deny persons of color due process of law.

https://www.aclu.org/press-releases/federal-court-temporarily-blocks-trump-from-removing-some-immigrants-in-u-s-using-alien-enemies-act

64.     Pursuant to the project 2025 policy, to enrage and incite violence amongst his followers, defendants falsely allege to have illegally "voided" the pardons executed by his predecessor Joe Biden of his political adversaries to further bolster the false claims in his denial of his insurrection against the government on January 06, 2021.

https://www.newsweek.com/donald-trump-joe-biden-jan-6-pardons-void-vacant-2045724

65.     Every act of the defendants, when considered in the context of the overarching project 2025 policy are unconstitutional even though litigated individually.

https://www.nytimes.com/interactive/2025/us/trump-administration-lawsuits.html

https://www.lawfaremedia.org/projects-series/trumps-first-100-days/tracking-trump-administration-litigation

## C.    FACTS AND POINTS OF LAW: IRREPARABLE HARM

66.        Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs.

67.        In federal law, the irreparable harm test is used to determine if a party should be granted a preliminary injunction. It's a four-part balancing test that considers the likelihood of irreparable harm, the balance of equities, and the public interest.

Irreparable harm test elements

a. Likelihood of irreparable harm

The plaintiff must show that they will suffer irreparable harm if the injunction isn't granted.

b. Balance of equities and hardships

The plaintiff must show that the balance of equities and hardships favors them.

c. Likelihood of success on the merits

The plaintiff must show that they are likely to succeed on the merits of their case.

d. Public interest

The plaintiff must show that the injunction is in the public interest.

68.     In Nken, the Court cited Winter favorably and confirmed that "simply showing some possibility" of irreparable injury or success on the merits fails to satisfy the test. Nken v. Holder, 556 U.S. 418, 129 S. Ct. 1749, 173 L. Ed. 2d 550, 21 Fla. L. Weekly Supp. 788 (2009)

""The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." Elrod v. Burns, 427 U.S. 347, 373, 96 S.Ct. 2673, 49 L.Ed.2d 547 (1976) (plurality opinion)" Roman Catholic Diocese of Brooklyn v. Cuomo, 141 S. Ct. 63, 67 (2020).

69.     Here, plaintiffs have and will lose every constitutional protection including but not limited to equal protection and due process, for more than minimal periods of time. Rights are lost even before the need to assert them when the ability to seek redress for discrimination and its data are nullified. The very possibility alone of retaliation, a sworn tactic of the current confederate white

supremacist republicans has a chilling effect on the assertion of rights of the plaintiffs and the data of discrimination.  Federal agencies, staffers, inspector generals, particularly those charged with protection or investigation of matters of civil rights, who have pledged loyalty to the constitution and refuse to pledge loyalty to the leaders of the confederate white supremacist republican party, Donald Trump and Elon Musk, have been removed or stifled under the project 2025 policy. Alternatively, in some instances, only those designated as a non-threat to the confederate white supremacist republican party are allowed, for now, to remain. At a minimum, this conduct has a chilling effect upon assertion of civil rights. The more real effect is elimination of civil rights by reducing the civil rights of black, brown, lgbtq, women, the disabled, and the impoverished, to discretion of the confederate white supremacist republican officials who pledged loyalty to the leader and white supremacy itself. Where the project 2025 policy has been implemented at the state level concerning the primary plaintiff John Doe, it evidences the irreparable harm of implementation of the project 2025 policy at a national level. In a "red zone" controlled by the confederate white supremacist republicans, implementing the project 2025 policy for a period, they have installed loyalist judiciary, who will knowingly rule inconsistently at the trial

court phase, then on appeal "disappear" the claim by discretion of

whether to issue an elaborated opinion, or whether to accept

discretionary jurisdiction, all of which has a high probability of NEVER

being reviewed by the Supreme court of the United states. Or in a red

zone, a claim of discrimination may never be investigated because it

falls upon deaf ears of a loyalist investigator.

https://civilrights.org/blog/project-2025-and-the-project-to-take-over-
our-courts-and-our-rights/


70.      Defendants, under the unconstitutional policy in question,

intend to and in part have reduced the guarantees of the Constitution

to discretion of the defendants by any means including criminal.

71.      If this unprecedented secret conspiracy and policy project

2025, in part by presidential executive action, is allowed to stand,

plaintiffs will suffer immediate and irreparable harm. Every year,

hundreds, if not thousands of similarly situated persons face

discrimination, bigotry, hate crimes, disproportionate incarceration

rates, healthcare disparities, the unspoken duty to work twice as hard

as white persons, and more. All the while, under the project 2025

policy, the data is concealed. Now more than ever, the defendants

have emboldened bigots to be public about that hate, while reducing

the remedies to their own discretion. Bigotry and racism have not

ended, as the defendants purport. They have just become cleverer in

discrimination then concealing the data. No American should live in

fear of bigotry and racism from its own government.

https://www.theguardian.com/us-news/2025/feb/22/white-supremacist-groups-emboldened-trump-immigration

https://www.npr.org/sections/live-updates-protests-for-racial-justice/2020/07/02/886487184/reformed-nazi-discusses-president-trumps-controversial-shared-tweet

https://time.com/5168677/donald-trump-hate-groups-splc/

https://www.vox.com/policy-and-politics/23484314/trump-fuentes-ye-dinner-white-nationalism-supremacy

https://crescent.icit-digital.org/articles/trump-emboldens-america-s-neo-nazis

72.     The entire scheme of the confederate white supremacist

republican defendants is to deny the plaintiffs of constitutional rights

by placing loyalists in the positions of power, in particular the power

to investigate, determine, and rectify, those constitutional violations, so they can simply deny they even exist. Provisions like equal protection and due process mean nothing if their violations will simply be ignored, especially in Republican controlled states where the project 2025 policy has been implemented for years, long before the policy was even labeled project 2025, like the primary plaintiff's, to the extent of insertion of loyalist judiciary. Indeed, the nation has created jurisdictional laws regarding claims, so a constitutional violation claim can be reduced to discretion of whether an appellate court will write an opinion so it can be reviewed further in state supreme court or reduced to the very minute possibility that the U.S. Supreme Court will even review. The provisions of the Constitution protect all citizens, ALL OF THE TIME, not just when it's convenient for confederate white supremacist republican government officials as implemented by the project 2025 policy.

https://tminstituteldf.org/what-project-2025-means-for-black-communities/

73.        Plaintiff's will lack any real legal status in the eyes of the federal government. They will all be a lower class of citizen than white persons, and many will be stateless and now without country by unspoken limitation and unspoken oppression. They will secretly lose

the ability to access a myriad of state and federal services that are less needed under the policy by their fellow white Americans, while losing access to redress those grievances. And despite the Constitution's guarantees they will lose their rights to participate in the economic and civic life of their own country  without scrutiny for simply not being white, and still , not be able to seek redress of those grievances .While such discrimination is a fabric of every society, the plaintiffs should not be in such danger from its own government.

74.     The bank robber cannot be entrusted with the security of the bank. The Constitution and its provisions cannot be entrusted to the white supremacist autocrat or his loyalists. And when by insurrectionist scheme to defraud voters, such white supremacist makes his way to the Whitehouse, the guard rails must hold, even in its own executive branch.

75.     The Court should declare that the policy project 2025 is unlawful and enjoin any actions taken to implement it.

**D.     FACTS AND POINTS OF LAW: THE PROJECT 2025, AGENDA 47 or by ANY OTHER TITLE IS AN UNCONSTITUTIONAL POLICY**

76.     Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs.

77.     Black's law dictionary defines policy as "the general principles by which a government is guided in its management of public affairs, or the legislature in its measures."

78.     The defendant's unconstitutional policy in question is broadly known as "PROJECT 2025" authored by the Heritage Foundation. This confederate white supremacist / neo-reactionary policy results in "trickle down discrimination, racism, and sexism".

https://static.project2025.org/2025_MandateForLeadership_FULL.pdf

https://www.msnbc.com/top-stories/latest/project-2025-donald-trump-affordable-housing-redlining-rcna169424

https://www.msnbc.com/ali-velshi/watch/-it-furthers-a-period-of-segregation-inside-project-2025-s-housing-policy-218412101576

https://www.msnbc.com/jonathan-capehart/watch/how-project-2025-plans-to-destroy-civil-rights-215343173569

https://crossculturalsolidarity.com/resources-on-project-2025/

https://www.msnbc.com/ali-velshi/watch/the-connection-between-trumpism-and-20th-century-fascism-is-not-as-elusive-as-you-think-and-becomes-

even-starker-with-the-possibility-of-a-second-trump-presidency-
189583941504

https://tminstituteldf.org/what-project-2025-means-for-black-communities/

https://civilrights.org/wp-content/uploads/2024/08/Project-2025-Fighting-
Hate.pdf

https://www.americanprogress.org/article/project-2025s-distortion-of-civil-
rights-law-threatens-americans-with-legalized-discrimination/

https://naacp.org/resources/addressing-disastrous-impacts-project-2025-
black-community

https://capitalbnews.org/project-2025-black-voters/

https://blackrj.org/wp-content/uploads/2024/10/Project2025IssueBrief-
v5.pdf

https://democracyforward.org/enable-discrimination-across-society/

https://pen.org/report/project-2025/

https://stopaapihate.org/2024/08/23/project-2025-analysis/

https://www.socialworkers.org/Advocacy/Social-Justice/Social-Justice-
Briefs/Project-2025-on-Social-Safety-Net-A-Social-Work-Perspective

https://nwlc.org/wp-content/uploads/2024/09/Project-2025-Full-Report.pdf

https://www.nea.org/nea-today/all-news-articles/project-2025-and-higher-education

https://www.yahoo.com/news/read-entire-project-2025-top-141224225.html

https://www.americanprogress.org/series/project-2025-exposing-the-far-right-assault-on-america/

https://www.americanprogressaction.org/article/5-ways-donald-trumps-plans-are-even-more-extreme-than-project-2025/

https://www.cbcfinc.org/policy-research/cbcf-executive-order-tracker-impacts-on-black-america/

https://www.aclu.org/trump-on-dei-and-anti-discrimination-law

https://www.msnbc.com/top-stories/latest/project-2025-donald-trump-affordable-housing-redlining-rcna169424

https://msmagazine.com/2024/11/12/project-2025-trump-women-christian-white-supremacy/

79.    While the publication is dated and entitled "2025", it has been implemented in republican governed areas of the country for at least a decade.

80.    A policy can be "unwritten" to the extent that it is not formally documented but is still understood and followed within an

organization or community through established practices, customs, or unspoken expectations. A single policy can be both written in part, and unwritten in part.

81.     For its purpose the defendants have, is currently, will , or will appear to ,alter, convert, diversify, fluctuate, metamorphose, moderate, modify, mutate, reform, remodel, reorganize, restyle, shift, transform, transmute, vacillate, vary, any portion of its language , both written and unwritten, both published and unpublished or secretive, when met with challenges.

https://www.cbsnews.com/news/trump-project-2025-playbook/

82.     Unconstitutional refers to anything that transgresses or is antithetical to a constitution, especially the United States Constitution. In the context of the U.S. legal system, if a law, policy, or action is deemed unconstitutional, it means that it violates some part of the Constitution and is therefore invalid.

83.     Defendant's project 2025 policy is wholly unconstitutional as it is a plan to abolish the Constitution by operation or render it nullity by operation, in instances of reliance by the plaintiffs.

https://www.aclu.org/project-2025-explained

https://www.americanprogress.org/article/project-2025-would-destroy-the-u-s-system-of-checks-and-balances-and-create-an-imperial-presidency/

https://www.bbc.com/news/articles/c977njnvq2do

https://www.sierraclub.org/sierra/project-2025-blueprint-canceling-american-democracy

https://civilrights.org/project2025/

https://meng.house.gov/sites/evo-subsites/meng.house.gov/files/evo-media-document/Stop%20Project%202025%20Task%20Force%27s%20Project%202025%20Executive%20Summary.pdf

https://democracyforward.org/wp-content/uploads/2024/06/2024-05_Peoples-Guide-Pro-2025.pdf

https://www.americanprogress.org/article/project-2025-the-plan-to-seize-power-by-gutting-americas-system-of-checks-and-balances/

https://www.cbsnews.com/news/trump-project-2025-playbook/

https://www.forbes.com/sites/alisondurkee/2025/02/06/heres-how-trumps-executive-orders-align-with-project-2025-as-co-author-nears-senate-confirmation/

https://www.washingtonpost.com/elections/2024/11/06/project-2025-policies-trump-president/

https://www.msnbc.com/top-stories/latest/trump-project-2025-power-presidency-supreme-court-rcna174366

https://www.americanprogressaction.org/article/how-trump-and-a-project-2025-lead-author-are-trying-to-undermine-checks-and-balances-central-to-u-s-governance/

https://www.aclumich.org/en/news/project-2025-roadmap-tyranny

https://www.commoncause.org/articles/project-2025-aims-to-strip-away-our-civil-rights/

https://www.politico.com/interactives/2025/trump-executive-orders-project-2025/

https://www.cnn.com/2024/11/07/politics/donald-trump-government-what-matters/index.html

84.    The constitutionality of a government policy is determined by courts using different levels of scrutiny, ranging from the lenient "rational basis test" to the strict "strict scrutiny" test, depending on the nature of the policy and the rights it impacts.

85.    Rational Basis Review: This is the lowest standard. A law or

policy is generally upheld if it is rationally related to a legitimate

government purpose. The challenger must prove either the

government has no legitimate interest or there's no reasonable link

between the interest and the law.

*Williamson v. Lee Optical Co.*, 348 U.S. 483, 75 S. Ct. 461 (1955)

*United States v. Carolene Products Co.*, 304 U.S. 144, 58 S. Ct. 778, 82 L. Ed.

1234 (1938)

*Plyler v. Doe*, 457 U.S. 202, 102 S. Ct. 2382 (1982)

86.    Intermediate Scrutiny: This standard is used for certain types

of discrimination, such as gender discrimination, and requires the

government to demonstrate that the policy is substantially related to

an important government interest.

*Craig v. Boren*, 429 U.S. 190, 97 S. Ct. 451 (1976)

*United States v. Virginia*, 518 U.S. 515, 116 S. Ct. 2264 (1996)

87.    Strict Scrutiny: This is the highest standard, applied when a

fundamental right or suspect classification (like race) is involved. The

government must demonstrate that the policy is necessary to achieve

a compelling government interest and is narrowly tailored to achieve

that purpose.

Brown v. Board of Education, 347 U.S. 483, 74 S. Ct. 686 (1954)

Loving v. Virginia, 388 U.S. 1, 87 S. Ct. 1817 (1967)

Ashcroft v. ACLU, 542 U.S. 656 (2004)

88.    Only the latter 2 tests apply. Nonetheless, there is no legitimate government purpose, interest, nor narrowly tailored compelling government interest, no matter how the defendants frame it. Indeed, the defendants execute the project 2025 policy in secret as a result.

https://www.pbs.org/newshour/politics/watch-i-have-nothing-to-do-with-project-2025-trump-says

https://www.cnn.com/2025/01/31/politics/trump-policy-project-2025-executive-orders-invs/index.html

https://www.npr.org/2025/01/31/nx-s1-5280364/trump-enacts-project-2025-policies-which-he-distanced-himself-from-while-campaigning

89.    The Court should declare that the policy project 2025 is unlawful and enjoin any actions taken to implement it.

**E.    FACTS AND POINTS OF LAW:   THE ESTABLISHMENT CLAUSE**

90.     Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs.

91.     The First Amendment has two provisions concerning religion: the Establishment Clause and the Free Exercise Clause. The Establishment clause prohibits the government from "establishing" a religion. The precise definition of "establishment" is unclear. Historically, it meant prohibiting state-sponsored churches, such as the Church of England.

92.     What constitutes an "establishment of religion" is often governed under the three-part test set forth by the U.S. Supreme Court in Lemon v. Kurtzman, 403 U.S. 602 (1971). Under the "Lemon" test, government can assist religion only if (1) the primary purpose of the assistance is secular, (2) the assistance must neither promote nor inhibit religion, and (3) there is no excessive entanglement between church and state.

93.     The Free Exercise Clause protects citizens' right to practice their religion as they please, so long as the practice does not run afoul of a "public moral" or a "compelling" governmental interest. For instance, in Prince v. Massachusetts, 321 U.S. 158 (1944), the Supreme Court held that a state could force the inoculation of children whose parents would not allow such action for religious

reasons. The Court held that the state had an overriding interest in protecting public health and safety.

94.     Donald Trump has created a religion, compelling his followers to worship only he, and actual already established religion under law, falls second, and in so doing compels that only what he says be accepted as truth. All members of the confederate white supremacist republican government are forced to worship Donald Trump, pledging their loyalty to him and white supremacy over the constitution and all others who rely on its protections.

95.     He compelled congressional republicans to offer sacrifice at his alter by requiring sacrifice of the Constitution by providing advice and consent to unqualified cabinet members who previously pledged loyalty and worship to Donald J Trump in violation of the establishment clause. Congressional republicans have abdicated all authority in violation of the separation of powers.

"The clearest command of the Establishment Clause is that one religious denomination cannot be officially preferred over another." Larson v. Valente, 456 U.S. 228 (1982).

96.     Pursuant to the project 2025 policy Donald Trump has violated

and continues to violate all construed provisions of the Establishment

clause.

97.     The Court should declare that the policy project 2025 is

unlawful and enjoin any actions taken to implement it.


F.     **FACTS AND POINTS OF LAW:  UNCONSTITUTONAL**

**CONDITIONS**

98.     Plaintiffs reallege and incorporate by reference the

allegations set forth in each of the preceding paragraphs.

99.     Unconstitutional refers to anything that transgresses or is

antithetical to a constitution, especially the United States Constitution.

In the context of the U.S. legal system, if a law, policy, or action is

deemed unconstitutional, it means that it violates some part of the

Constitution and is therefore invalid. The Supreme Court defines an

unconstitutional policy as one that violates the Constitution. A policy

is unconstitutional when it imposes unconstitutional conditions.

100.    The unconstitutional conditions doctrine reflects the Supreme

Court's repeated pronouncement that the government may not deny

a benefit to a person on a basis that infringes his constitutionally

protected interests .(*Perry v. Sindermann, 408 U.S. 593, 597 (1972)*

(For at least a quarter-century, this Court has made clear that even

though a person has no 'right' to a valuable governmental benefit and

even though the government may deny him the benefit for any

number of reasons, there are some reasons upon which the

government may not rely.).

101.    Although the doctrine is not limited to the First Amendment

context, (Nollan v. California Coastal Commission, 483 U.S. 825

(1987*(*conditioning a building permit's issuance upon an

uncompensated, public right-of-access across the permit applicant's

property violated the Fifth Amendment's Takings Clause), Donald v.

Phila. & Reading Coal & Iron Co., 241 U.S. 329, 332 (1916 (holding

that Wisconsin exceeded its authority by revoking out-of-state

corporations' business licenses for removing lawsuits brought by

Wisconsin citizens to federal court). See Richard A. Epstein,

Unconstitutional Conditions, State Power, and the Limits of Consent,

102 HARV. L. REV. 5 (1988) (explaining that the doctrine is not

anchored to any single clause of the Constitution, and has been

invoked in cases involving Congress's spending power, the states'

police power, individual liberties, property rights, substantive due

process, and equal protection) many of the leading Supreme Court

cases on unconstitutional conditions have involved the freedom of speech.

102.    While the doctrine does not have a formal test, (Kathleen M. Sullivan, Unconstitutional Conditions, 102 HARV. L. REV. 1415, 1419 (1989) (positing that the unconstitutional conditions doctrine serves a limited but crucial role in that it identifies a characteristic technique by which government appears not to, but in fact does burden [individual] liberties, triggering a demand for especially strong justification by the state); Mitchell N. Berman, Coercion Without Baselines: Unconstitutional Conditions in Three Dimensions, 90 GEO. L.J. 1, 5–6, 10 (2001) (advancing a unified theory of unconstitutional conditions that centers on coercion but also accounts for particularistic constitutional doctrine) the basic principle is that the government normally may not require a person, as a condition of receiving a public benefit, to relinquish a constitutional right—most notably, by speaking or refraining from speaking on a certain subject.

 (Perry, 408 U.S. at 597. Some legal scholars have argued that this principle is rooted in substantive due process considerations. See, e.g., Zygmunt J.B. Plater & Michael O'Loughlin, Semantic Hygiene for the Law of Regulatory Takings, Due Process, and Unconstitutional

Conditions: Making Use of a Muddy Supreme Court Exactions Case,
89 U. Colo. L. Rev. 741, 745, 796 (2018) (situating the
unconstitutional conditions inquiry for permit exactions under
Fourteenth Amendment substantive due process rather than the Fifth
Amendment's Takings Clause).

103.    How this principle applies in a particular legal challenge
depends in part on the benefit offered by the government, which can
take different forms, including public employment, a tax exemption, or
government funding. (Licenses and permits sometimes are
considered a government benefit that is subject to the
unconstitutional conditions doctrine. Compare Koontz v. St. Johns
River Water Mgmt. Dist., 570 U.S. 595, 604 (2013) (discussing the
special application of the unconstitutional conditions doctrine in the
context of land-use permits), with Matal v. Tam, No. 15-1293, slip op.
at 19 (U.S. June 19, 2017) (plurality opinion) (concluding that
unconstitutional conditions cases did not apply to a restriction on
federal trademark registration). However, the state interests at issue
in licensing may justify restrictions on protected speech and
expression in some circumstances. See, e.g., California v. La Rue,
409 U.S. 109, 118 (1972) (upholding a state regulation prohibiting

nude dancing in establishments licensed by the state to serve
alcohol.)

104.     Pursuant to the project 2025 policy unconstitutional conditions
are already enforced.

105.     a. Loyalty and worship requirements to white supremacy and
the white supremacist alleged president over the constitution is an
unconstitutional condition to employment that has a trickle-down
effect on all benefits received by black, brown, women, lgbtq, the
impoverished, and disabled. There are many government employees,
like investigators in the various agencies. Investigative agencies can
be considered a benefit to the people equally as they help uncover
the truth in complex situations, gather evidence to hold perpetrators
accountable, protect individuals at risk, and provide vital information
that might otherwise remain concealed, particularly in cases involving
crime, fraud, or misconduct; essentially contributing to safety and
justice within a community. Other government agencies can be
considered a benefit to the people, as they provide essential services
like social security, healthcare, infrastructure maintenance, public
safety, and regulations that protect citizens, ultimately contributing to
the well-being and stability of society even handedly. See at least the
equal protection and establishment clauses.

106.    b. "White supremacy first" otherwise known as " making America great again " or the " new golden age" or "America first" , required in all facets of the 3 branches of government before ANY action by said branches is an unconstitutional condition to executive, judicial, and congressional authority that has a trickle-down effect on all benefits received by black, brown, women, lgbtq, the impoverished, and disabled. The actions of the three branches of government, with their system of checks and balances, are generally considered a benefit to the people as they prevent any one branch from becoming too powerful and ensure that laws are made, enforced, and interpreted fairly, ultimately protecting citizens' rights and liberties.  See at least the equal protection clause.

107.    c. Loyalty and worship requirements to white supremacy and the confederate white supremacist alleged president over the constitution is an unconstitutional condition to campaigning for election or reelection that has a trickle-down effect on all benefits received by black, brown, women, lgbtq, the impoverished, and disabled . See a and b. See at least the equal protection clause.

108.    d. Loyalty and worship requirements to white supremacy and the confederate white supremacist alleged president over the constitution and over the normal requirements to entitlements like

social security, Medicaid, veteran's benefits, and others, is an

unconstitutional condition to those benefits received by black, brown,

women, lgbtq, the impoverished, and disabled. See at least the equal

protection clause.

109.     e. Loyalty and worship requirements to white supremacy and

the confederate white supremacist alleged president over the

constitution over maintenance of privacy laws, or enforcement of

conflict-of-interest laws, in particular involving personal identification

information and financial data is an unconstitutional condition of law

and order. "Law and order" are generally considered a benefit for all

people, not just white people, or white people first, as it represents a

system that protects individual rights, ensures safety, and promotes a

functioning society by upholding laws and maintaining order, thereby

providing a sense of security for citizens. It is especially important to

black, brown, women, lgbtq, the impoverished, and disabled who

appear to be targeted by the confederate white supremacist

republican government. See at least the equal protection clause.

110.     f. The knowing execution of executive orders, memorandums ,

announcements, oral or written, knowingly in violation of the law ,

while falsely alleging they are not, and in usurpation of authority of

the other 2 branches of government, even if temporary, is an

unconstitutional condition on the protections of the "checks and balances" on the 3 branches of government which is a benefit for the people, as they prevent any single branch of government from becoming too powerful, ensuring accountability and limiting the potential for abuse of power by protecting citizens' rights and interests; essentially, it is a system designed to safeguard against tyranny by requiring cooperation between different branches of government. See Articles 1,2, and 3.

111.    The Court should declare that the policy project 2025 is unlawful and enjoin any actions taken to implement it.

## G.    FACTS AND POINTS OF LAW:  DONALD TRUMP IS A VOID PRESIDENT executing VOID EXECUTIVE ORDERS and is HOLDING OFFICE WITHOUT AUTHORITY TO DO SO

112.    Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs.

113.    On 1/18/25, a complaint of congressional ethics violation regarding the failure of congress to obtain 2/3 vote of congress and subsequently remove the political disability of insurrection was

submitted to the Office of Congressional Ethics and to the Director of

Government ethics. Donald Trump terminated the employment of the

Director. The Office of Congressional Ethics is refusing to

acknowledge or expedite the proceedings. The congress indeed has

a responsibility to remove the political disability of Donald Trump

before he can lawfully hold office, a duty that rests in upholding every

provision of the Constitution. The plaintiff contends that there are

several political disabilities to holding office including, but not limited

to, being of the age of 35, nation of birth being the United States, and

insurrection, the seriousness of such, that Amendment 14 Section 3

is prohibitory and Congress by appropriate legislation may remove

these political disabilities. Courts remain the finders of fact.

114.      Courts have found or described the attack on the Capitol as an

insurrection. In Anderson v. Griswold, 543 P.3d 283, 329 (Colo.

2023), rev 'd on other grounds sub nom. Trump v. Anderson, 601

U.S. 100 (2024) (per curiam ), the Colorado Supreme Court found

that Mr. Trump engaged in an insurrection as that term is used in

Section Three of the Fourteenth Amendment. Federal courts in the

District of Columbia have also used the term "insurrection" to

describe the attack on the Capitol. See, e.g., United States v.

Chwiesiuk, No. 21-cr-536, 2023 WL 3002493, at *3 (D.D.C. Apr. 19,

2023) ("As this Court and other courts in the United States District Court for the District of Columbia have stated previously, what occurred on January 6, 2021 was in fact an insurrection and involved insurrectionists and, therefore, the terms to which Defendants object are accurate descriptors."); United States v. Carpenter, No. 21-cr-305, 2023 WL 1860978, at *4 (D.D.C. Feb.9, 2023) ("What occurred on January 6 was in fact a riot and an insurrection, and it did in fact involve a mob."); see also United States v. Afunchel, 991 F.3d 1273, 1279, 1281 (D.C. Cir. 2021)(using the term "insurrection").

115.    Expressio unius est exclusio alterius is a Latin term used in law that means "to express or include one thing implies the exclusion of the other, or of the alternative."  This doctrine can be applied to interpreting statutes, contracts, regulations, and other legal instruments, including the Constitution of the United States.  And the plain meaning rule is an approach to legal proceedings that relies on the usual and ordinary meaning of a law's text. This rule is the starting point for courts and legal experts attempting to determine legislative intent.

116.    Section 3 of the 14th Amendment is self-executing in part, *imposing* a political disability to hold office .The United States Supreme Court in Trump v. Anderson, 601 U.S. 100 (2024) has

determined that "Section 3 works by *imposing* on certain individuals

a preventive and severe penalty..." ,and historically in use See Act of

May 22, 1872, ch. 193, 17 Stat. 142 (1872) ("[A]ll political disabilities

*imposed* by the third section of the fourteenth article of amendments

of the Constitution of the United States are hereby removed". See Act

of June 6, 1898, ch. 389, 30 Stat. 432 ("[T]he disability *imposed* by

section three of the Fourteenth Amendment to the Constitution of the

United States heretofore incurred is hereby removed.").

117.    As a result, to enforce section 3's requirement after the self-

execution, a super majority must issue a bill to REMOVE the political

disability *imposed*. See Trump v. Anderson, 601 U.S. 100 (2024)

("Shortly after the Fourteenth Amendment was ratified, for instance,

Congress enacted a private bill to *remove* the Section 3 disability of

Nel-son Tift of Georgia, who had recently been elected to represent

the State in Congress. See ch. 393, 15 Stat. 427. Tift took his seat in

Congress immediately thereafter. See Cong. Globe, 40th Cong., 2d

Sess., 4499–4500 (1868). Congress similarly acted postelection to

*remove* the disabilities of persons elected to state and local offices.

See Cong. Globe, 40th Cong., 3d Sess., 29–30, 120–121 (1868); ch.

5, 15 Stat. 435–436') (" The text of Section 3 reinforces these

conclusions. Its fi-nal sentence empowers Congress to "*remove*" any

Section 3"disability" by a two-thirds vote of each house. The text imposes no limits on that power, and Congress may exercise it any time, as the respondents concede. See Brief for Respondents. In fact, historically, Congress sometimes exercised this amnesty power postelection to ensure that some of the people's chosen candidates could take office.").

118.    Additionally, the Congress, in Donald J. Trump's 2cnd impeachment trial obtained the simple majority required to establish legislation and thus a LEGISLATIVE fact that, former president Donald J. Trump indeed violated the provisions of Section 3 of the 14th Amendment. However, subsequently the super majority to impeach, nor the super majority to REMOVE the political disability of insurrection was not reached. As a result, Donald J. Trump remains politically disabled from holding office, and is currently in office without authority to do so.

119.    The Congress appears to attempt to sweep this Constitutional provision under the rug, as Trump continues in this ongoing 4 year plus insurrection. Indeed, one can say that the conduct appears to have carried through the 2024 election cycle and has never ended. Although there is allegedly not yet published evidence of collusion, sanctions for interference have been issued against Russia and Iran

( https://home.treasury.gov/news/press-releases/jy2766 ) . On January 7th the Department of Justice released the Special counsel's report on the investigation of the election interference and is incorporated here. (noting that 18 U.S.C. 2383 is incongruous with section 3 of the 14th amendment as a convicted felon can hold the office of the presidency and an insurrectionist cannot).

https://www.justice.gov/storage/Report-of-Special-Counsel-Smith-Volume-1-January-2025.pdf

120.    Although still pending release, the DOJ report on Trump's other case known as the "classified *docs*" case would give more insight to the character of the man in question and is *incorporated here*. At this very moment, the former president is a convicted felon that absconded from justice by becoming the alleged president elect. He has failed to otherwise defend himself against the various indictments, both state and federal. While there is indeed a two-tiered system of justice, where the impoverished are less likely to receive the same treatment as the wealthy, the former president and billionaire is NOT a victim of these circumstances.

121.    The most dangerous weapon a president has is NOT the nuclear launch codes, but instead are WORDS, no matter how subtle,

and indeed he has weaponized words without regard for the safety and security of our country, our people, in particular people of color, women, LGBTQ, the impoverished and others. All the while, the carefully chosen words of his opponents are seen as weakness, when the opposite is true.

122.    The Supreme Court in Anderson determined that only congress may enforce section 3 of the 14th amendment AT ANYTIME by appropriate legislation to the exclusion of citizens. Citizens may not REMOVE the political disability of insurrection by vote, despite a citizen's right to vote for who they choose. Whether by judge or jury, courts remain the finders of fact, and indeed, the last reasoned opinions have found Donald J. Trump to be an insurrectionist in the context of section 3 of the 14th Amendment.

123.    The Supreme Court in Anderson determined that states may not remove Federal candidates from being on federal ballots, even though they may remove state candidates. Since states cannot remove Federal Candidates, it would reason that states CANNOT REMOVE FEDERAL VOTERS, notwithstanding that they can remove state voters. The removal of federal voters indeed has the same chilling effect, found by the Supreme Court in Anderson, as the removal of a federal candidate. The state laws permitting removal of

federal voters are unconstitutional. Remaining on a ballot does not make the holding of office legal. These are different things and different standards. For their part, congress during the impeachment proceedings of Trump have determined that section 3 of the 14th Amendment applies to the office of the president.

124.     Since states cannot REMOVE federal voters or federal candidates, an analysis of the data changes the outcome of the election. Kamala Harris was lawfully elected president of the United States.

https://hartmannreport.com/p/trump-lost-vote-suppression-won-c6f

125.     Pursuant to Section 3 of the 14th Amendment of the United States Constitution ,a super majority vote is required to, and the Congress has failed to, REMOVE the political disability of insurrection and rebellion of Donald J. Trump, by issuance of legislation subsequent to such vote,  before he can hold the office of the presidency of the United States. The congress is required to uphold this provision, to make sure he can hold office, and has therefore engaged in an ethical violation for which the remedy of such is to perform this task to prevent a series of VOID actions by a VOID president.

126.    As a result of the void president executing void orders, the

plaintiff's and other's constitutional rights have been jeopardized, in

the form of a chilling effect upon, to the extent of denial of,

constitutional rights freely given to white persons, including but not

limited to, the equal protection of laws, due process, and meaningful

access , and will continue to be so jeopardized. Thus the remedy is

that the lawful president Kamala Harris be sworn in and commence

lawful execution of the powers of the office of the president of the

United States, unless or until , 2/3 of congress vote to remove Donald

J. Trump's political disability of insurrection followed by appropriate

legislation enforcing that which requires enforcement within the

context of section 3 of the 14th amendment. Trump cannot be

impeached because he is not lawfully holding office, and it follows

that his nominated alleged vice president and nominated cabinet are

also unlawfully holding office. They do not have the votes necessary,

but even if they did, Donald Trump, without the states', unlawful,

unconstitutional, and impermissible removal and or prevention of

federal voters lost the election.

127.    Courts, nor citizens may enforce section 3, but courts can

determine the legal result of congressional action or FAILURE to act,

regardless of Donald Trump holding office without authority to do so. Orders or action taken without authority are VOID.

128.     Every action executed by the VOID president is nullity, and no one may comply with VOID orders executed pursuant to the project 2025 policy to the deprivation of the constitutional rights of black, brown, women, lgbtq, the impoverished, and disabled persons.

## H. FACTS AND POINTS OF LAW:    DUTY TO PRESERVE EVIDENCE

129.     Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs.

130.     Under the Federal Rules of Civil Procedure, the duty to preserve evidence is primarily governed by Rule 37€, which states that a party must preserve potentially relevant evidence when they "reasonably anticipate litigation," meaning they should know or have reason to believe a lawsuit is likely to occur; failure to do so can result in sanctions for spoliation of evidence.

131.     The defendants knew that lawsuits would follow their conduct , in fact planned for it as part of the "flood the zone" tactic of the project 2025 policy ,yet Donald Trump's first order of business was to eliminate all  oversight , investigations and, evidence into he and his

coconspirators which include Russia, and the Insurrection at our nation's Capital. As to the primary plaintiff John Doe, at the state level, prior to litigation even commencing, defendants were made aware that evidence, including video evidence of the acts of violence, should be preserved by administrative and civil complaint. Defendants worked to destroy evidence by refusing compliance with subpoenas and motions to enforce those subpoenas. Judicial and administrative action were frozen pursuant to the project 2025 policy and its loyalists.

https://www.axios.com/2025/03/03/hegseth-trump-russia-cyber-operations-ukraine

https://www.nbcnews.com/politics/national-security/bondi-ends-fbi-effort-combat-foreign-influence-us-politics-rcna191012

https://www.newsweek.com/pam-bondi-ends-task-force-russian-oligarchs-focus-cartels-2027638

https://thehill.com/policy/national-security/5132604-pam-bondi-doj-russia-oligarch-task-force/

https://www.reuters.com/world/us/trump-administration-disbands-task-force-targeting-russian-oligarchs-2025-02-06/

https://www.levernews.com/trump-purges-inspectors-general-investigating-musks-businesses/

https://www.nytimes.com/2025/02/11/us/politics/elon-musk-companies-conflicts.html

132.    Defendants' obligations to preserve evidence exceeded "reasonably foreseeable litigation". *Allstate Ins. Co. v. Hamilton Beach/Proctor Silex, Inc.*, 473 F.3d 450, 457 (2d Cir. 2007) ("'Spoliation is the destruction or significant alteration of evidence, or failure to preserve property for another's use as evidence in pending or reasonably foreseeable litigation.'").

133.    Defendants pursuant to the unconstitutional project 2025 policy in question have operated and worked at the destruction of all evidence , including but not limited to video evidence of the acts of violence at the state level, and at the federal level, the alleged president and his loyalists have operated and worked at the destruction of evidence adverse to the defendants related to these claims.

134.    Some of the plaintiff's claims should be decided as a matter of

law, and the plaintiffs have some evidence, but the spoliated

evidence would be conclusive. 1. The spoliation prejudiced the

plaintiff's ability to present and evidence his case to conclusion, 2. the

evidence that remains is insufficient to cure the deficiencies, 3. the

spoliated evidence is therefore important to the effective and

expeditious conclusion of the case , and the result may be adverse to

the plaintiffs without, 4. Defendants have acted in more than bad faith

as the conduct was part of a plan and policy objective and , 5. it is

unlikely that admittance of the evidence by inference instruction

would be abused because , there is some evidence as to the

existence of the evidence spoliated.

135.    *See, e.g., McLeod v. Wal-Mart Stores, Inc.*, 515 F. App'x 806,

808 (11th Cir. 2013) ("In determining whether spoliation sanctions are

warranted, courts consider five factors: (1) whether the party seeking

sanctions was prejudiced as a result of the destruction of evidence;

(2) whether the prejudice could be cured; (3) the practical importance

of the evidence; (4) whether the spoliating party acted in good or bad

faith; and (5) the potential for abuse if the evidence is not excluded.")

(internal quotation marks and brackets deleted); *McCauley v. Bd. of

Comm'rs for Bernalillo Cty.*, 603 F. App'x 730 (10th Cir. 2015) (no

abuse of discretion in denying spoliation sanction absent

demonstration of sufficient prejudice).

136.     Alternatively, there is no requirement to establish prejudice,

when, like here, defendants acted in bad faith in the spoliation of

evidence. See FRCP 37(e) (2) only upon finding that the party acted

with the intent to deprive another party of the information's use in the

litigation may: (A) presume that the lost information was unfavorable

to the party;(B) instruct the jury that it may or must presume the

information was unfavorable to the party; or(C) dismiss the action or

enter a default judgment.

137.     Injunction both temporary and permanent and, Judgement in

favor of the plaintiff must be granted.


I.     **FACTS AND POINTS OF LAW:   THE UNCONSTITIONAL**

**SCHEME TO DEFRAUD**

138.     Plaintiffs reallege and incorporate by reference the

allegations set forth in each of the preceding paragraphs.

139.     The insurrection that commenced on January 6th, 2021, has

never ended. Just like every other conspiracy, some of the acts in

furtherance of the conspiracy of insurrection on their own appear legal, even though the end goal is not.

140.     In furtherance of the ONGOING unconstitutional insurrection defendants are engaging in an unconstitutional scheme to defraud. An "unconstitutional scheme to defraud" would refer to a fraudulent plan or operation that is considered so egregious or violates fundamental rights to such a degree that it would be deemed illegal under the Constitution, potentially due to the methods used to deceive individuals or the nature of the targeted victims.

141.     A scheme that specifically targets individuals based on their sex, race, religion, poverty level, disability, or other protected characteristics is considered unconstitutional due to discrimination concerns. Such scheme exists here.

142.     Defendants have NEVER told the truth to Americans. Where there appears to be "some" truth, that "some" truth is compounded with dishonesty. Although this is not a criminal proceeding, the best definition of an unconstitutional scheme to defraud appears in the criminal statutes. Trump's press secretary has never told the truth, as again, even when "some" truths are told they are compounded by past, present and, future disinformation and misinformation.

https://newrepublic.com/post/193441/karoline-leavitt-lies-ice-deport-wrong-guy

https://www.concordmonitor.com/President-Trump-press-secretary-Karoline-Leavitt-lies-letter-CM-59191038

https://www.yahoo.com/news/nicolle-wallace-mocks-trump-press-000233121.html?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAHRr1eIv_VzkYhABwXKn1BmdiUtEsIzjDKL3LDEwgdu2NXRIV8BY-Fslc2a6kZNbtp4uHrOEods3-OkdWIsGwZljbC1efekUJlinm7lBcfeu-t8TcWyt9F5pC4bocOcmZQPLIZ2SJ1vcfm_mAtHMM2pnDBVwx_gbbbqZYT14g0OQ

https://www.thewrap.com/nicole-wallace-karoline-leavitt-trump-tariffs-lying-uninformed-msnbc/

143.    A "scheme to defraud" under federal law, as defined in 18 U.S.C. § 1346, means a systematic plan or course of action designed to deceive or trick someone out of money or property by using false pretenses, representations, or promises, essentially encompassing

any deceitful strategy aimed at depriving another person of something of value; this can also include depriving someone of their "intangible right to honest services" through bribery or other corrupt practices. In certain legal contexts, a "scheme to defraud" can include being defrauded of constitutional rights, particularly when the fraudulent act involves depriving someone of their legal protections or due process by deception or manipulation, even if there isn't a direct financial loss involved.

144.    When someone is intentionally misled about their legal rights, causing them to be deprived of those rights, this can be considered a form of fraud, even if no tangible property is taken.

145.    With the knowing assistance of Russia and knowing assistance of social media disinformation influencers, defendants have defrauded millions of citizens of their votes by making, and continuing to make, false campaign promises based on false allegations, bolstered and compounded by others falsehoods and, have and are in process of, defrauding millions of their tax payer dollars and entitlements, pensions, stock values, value of the US dollar, civil and Constitutional rights including , but not limited to ,the equal protection of laws by secretly reducing those provisions and

guarantees to the discretion of the confederate white supremacist officials.

https://www.noaa.gov/news/fact-check-debunking-weather-modification-claims

https://www.bbc.com/news/articles/c77l28myezko

https://www.nbcnews.com/politics/donald-trump/fact-checking-trumps-speech-congress-rcna194819

https://www.nytimes.com/2024/10/18/us/politics/trump-immigration-fact-check.html

https://www.aljazeera.com/news/2025/3/5/fact-check-president-donald-trumps-speech-to-congress

https://www.npr.org/2025/03/05/nx-s1-5318065/trump-says-tariffs-will-help-stop-fentanyl-many-of-his-claims-on-the-crisis-are-untrue

https://www.pbs.org/newshour/politics/fact-checking-trumps-claims-at-madison-square-garden-rally

https://www.theguardian.com/us-news/2021/feb/10/us-coronavirus-response-donald-trump-health-policy

146.     Pursuant to the project 2025 policy, federal oversight workers,

oversight agencies, and others involved in the protection of

Americans who have pledged loyalty to the constitution instead of the

defendants, are being terminated, and federal funding is being set for

"redirection" , under the false guise of "FRAUD, WASTE, AND

ABUSE" by inflating the findings to say the least. Defendants lie to

Americans regarding entitlements but indeed have targeted them in

funding legislation. Defendants lie about immigration matters in all

aspects and the intended impacts on consumers, taxes, and the

economy. Defendants lie about tariffs and the impact on Americans.

https://www.msnbc.com/opinion/msnbc-opinion/doge-elon-musk-website-receipts-cuts-savings-rcna194082

https://upriseri.com/musk-doge-exposed-lies-government-waste/

https://www.yahoo.com/news/doge-hoax-232148106.html

https://newrepublic.com/post/191973/doge-changes-website-savings-mistakes-lies

https://www.dailykos.com/stories/2025/3/4/2307620/-DOGE-and-the-Trump-Propaganda-Machine

https://www.bbc.com/news/articles/c23vkd57471o

https://www.moneytalksnews.com/slideshows/doge-myths-and-exaggerations-musk-wants-you-to-believe/

https://www.afge.org/article/house-speakers-senate-doge-caucus-new-lies-about-telework-did-not-pass-straightface-test/

https://www.usatoday.com/story/opinion/columnist/2025/02/20/trump-musk-target-critics-telsa-conflict-interest/79085579007/

https://retiredamericans.org/seniors-are-alarmed-by-doge-access-to-their-personal-data-in-ssa-systems-and-musks-disinformation-campaign/

147.    Pursuant to the project 2025 policy Musk profited by more than $170 billion since the election.

https://www.the-independent.com/news/world/americas/elon-musk-net-worth-trump-b2665395.html

148.    Pursuant to the project 2025 policy Trump profited by more than $200 million since the election.

https://www.nytimes.com/2025/01/04/us/politics/trump-inaugural-donations.html

149.    Pursuant to the project 2025 policy Trump engages in a crypto scheme on the backs of US taxpayers.

https://www.yahoo.com/news/trump-crypto-already-making-worst-151925954.html

150.    Pursuant to the project 2025 policy The government is being run by a shadow government instead of people that are trained and experienced for the various positions, loyal to the Constitution.

https://www.cnn.com/2025/03/03/politics/doge-opm-shrink-government/index.html

151.    Pursuant to the project 2025 policy the defendants are usurping or stealing authority from the Judicial and Congressional co equal branches, even if temporary, to the effect of irreparable harm even if later stopped in judicial proceedings. When possible, the usurpation does not end at all, while the defendants lie and say that it has complied with judicial orders, or that compliance is unreachable, or they have altered what compliance with the judicial orders are

between the time of initiation of a judicial proceeding and the
outcome.

152.     Article I, Section I of the U.S. Constitution states that "[a]ll
legislative Powers herein shall be vested in Congress."

153.     Article III Section 1 of the U.S. Constitution states that "The
judicial Power of the United States, shall be vested in one supreme
Court, and in such inferior Courts as the Congress may from time to
time ordain and establish" and Section 2 states "The judicial Power
shall extend to all Cases..."

154.     Article II, Section 3 of the United States Constitution requires
that the President "shall take Care that the Laws be faithfully
executed."

155.     The President acts at the lowest ebb of his power if he acts
contrary to the expressed or implied will of Congress. Youngstown
Sheet & Tube Co. v. Sawyer, 343 U.S. 579, 637 (1952) (Jackson, J.,
concurring). Moreover, there is no provision in the United States
Constitution that authorizes the President to enact, amend, or repeal
statutes. Clinton v. City of New York, 524 U.S. 417, 438 (1998).

156.     The confederate white supremacist republicans usurp
Congress's legislative authority, usurp the judicial branches power,
even if temporarily, and violates the Constitution's separation of

powers, to the extent that even at the judicial branches most rapid

pace, some irreparable harm, if not all remains.

157.     The project 2025 policy violates the Constitution's guarantees

including but not limited to the equal protection of laws, to protected

classes of black, brown, women, LGBTQ, the impoverished, and

others in the United States and subject to the jurisdiction thereof.

158.     The confederate white supremacist officials have no authority

to override the Constitution's guarantees and therefore lack any

authority to unilaterally strip individuals of their rights. Such action is

ultra vires.

159.     The project 2025 policy directs federal agencies, to take actions

that are contrary to the constitution and federal statutes.

160.     The Administrative Procedure Act (APA), 5 U.S.C. § 706(2),

prohibits federal agency action that is arbitrary and capricious,

unconstitutional, contrary to statute, and without observance of

procedure recognize by law. In implementing the project 2025 policy,

federal agencies are taking unconstitutional, unlawful, and arbitrary

and capricious action, as alleged herein, in violation of the APA.

https://www.nytimes.com/2025/02/10/us/politics/trump-constitutional-crisis.html

https://www.npr.org/2025/02/11/1230674436/are-we-in-a-constitutional-crisis

https://www.pbs.org/newshour/politics/vance-and-musk-attack-judicial-authority-as-trumps-agenda-gets-pushback-from-courts

https://reason.com/volokh/2025/01/28/trumps-attempt-to-usurp-congresss-spending-power/

https://www.csmonitor.com/USA/Politics/2025/0225/trump-congress-courts-power

161.     Trump is the alleged "commander in chief". It is illegal for the U.S. military to conduct psychological operations (PSYOPS) or Military Information Support Operations (MISO) on American citizens. He does so through every action taken pursuant to the ongoing scheme to defraud and as a project 2025 policy objective, whether by his own action or directive, social media influencer disinformant , party member, supporter, Russian interference, or other proxy. Psychological warfare is the planned use of propaganda and other

psychological techniques to influence the opinions, emotions, attitudes, and behavior of an opponent, aiming to demoralize or undermine their resolve without direct physical combat.  U.S. law and Department of Defense (DoD) policy such as the National Security Act of 1947 strictly prohibit the use of PSYOPS or MISO against American citizens, in any location, or under any circumstances.

https://nul.org/news/indictment-russian-propagandists-underscores-ongoing-threat-us-election-integrity-outlined

https://www.semafor.com/article/09/04/2024/us-accuses-russia-of-election-interference-campaign

https://www.hilltimes.com/story/2025/03/10/u-s-under-trump-has-shifted-from-combating-disinformation-to-spreading-lies-say-political-experts/453162/

https://www.nbcnews.com/politics/donald-trump/trump-waging-war-government-rcna190316

https://www.spokesman.com/stories/2025/feb/24/union-accuses-trump-administration-of-psychologica/

https://www.politico.com/news/magazine/2020/09/03/trump-psychological-war-democracy-408146

https://www.usnews.com/news/politics/articles/2019-05-24/nancy-pelosi-and-donald-trump-battle-escalates-to-psychological-warfare

https://www.cnn.com/2020/09/25/opinions/trump-campaign-strategy-psychological-warfare-ghiat/index.html

162.    Defendants, most specifically Donald Trump, believes he can enrage and incite the violence of low information citizens with retaliatory, hate filled, misinformation, disinformation, filled rhetoric, for hours, days, and months, and simply add a single statement at the end of the rhetoric, and that this is enough to protect his speech. For months he enraged low information supporters leading up to the insurrection on January 6th, 2021, and, in his mind believes he legally protected his speech by adding the UNHEARD word of "peacefully" which meant nothing. Just recently, at the DOJ he again enraged his supporters with the same rhetoric, and in his mind believes he legally protected his speech by adding the UNHEARD phrase at the end "You can't go after your political opponent".

Defendants have full knowledge that the words were intended to be UNHEARD in the larger scope of his rhetoric. Defendants continue to incite violence, bigotry, retaliation, and hate, scheming to defraud low information citizens of their rights, including their right to vote, the result of which defrauds black, brown, women, lgbtq, the disabled, and impoverished of Constitutional rights, including but not limited to the equal protection of laws.

https://www.aljazeera.com/news/2025/3/14/in-justice-department-speech-donald-trump-threatens-opponents-with-jail

163.    At the center of the propaganda scheme to defraud is the social media platform X.

https://x.com/?lang=en

164.    Defendants prey on psychological disadvantages of supporters.

165.    Defendants violate the 1st amendment rights of those who oppose them by stifling the truth from positions of power, abusing their own 1st amendment protections.

https://www.scientificamerican.com/article/the-shared-psychosis-of-donald-trump-and-his-loyalists/

166.    The right to vote has been recognized by the Supreme Court as a "liberty interest" protected under the 14th Amendment to the Constitution. If the defendants interfere with a fundamental "liberty interest" of a US citizen, they cannot do so without "due process", or in a way that violates the "equal protection" clause of the 14th amendment.

167.    Defendants, under the project 2025 policy interfere with that liberty interest by the ongoing disinformation misinformation propaganda scheme, particularly the liberty interest of low information citizens. In so doing, improperly earn the power to violate the rights of people of color, women, lgbtq, the disabled, and impoverished.

168.    Defendants tell deliberate lies about particular people and companies, deliberate lies aimed at getting money, deliberate lies aimed at selling products, deliberate lies intended to violate constitutional rights, all of which are unprotected by the First Amendment. And all the lies are tied together in course to bolster each other under the unconstitutional scheme to defraud objective of the project 2025 policy. No provision of the Constitution is spared, particularly in the protection of people of color, women, lgbtq, the disabled, and impoverished.

https://www.aclu.org/trump-on-immigration

https://www.commondreams.org/opinion/trump-s-immigration-lies

https://www.yahoo.com/tech/everything-donald-trump-selling-while-090000810.html

https://www.newsweek.com/donald-trump-watches-bibles-coins-1960247

https://www.nbcnews.com/tech/elon-musk/trump-musk-tesla-white-house-showroom-buys-car-rcna195905

169.    Defendants falsely denigrates the media who tell the truth, and laud the media who do not, to bolster their efforts of discrimination and implementation of the project 2025 policy.

https://rsf.org/en/usa-trump-verbally-attacked-media-more-100-times-run-election

https://www.aljazeera.com/economy/2025/2/10/trump-accused-of-leading-a-multipronged-attack-on-us-media

https://www.washingtonpost.com/lifestyle/media/a-history-of-the-trump-war-on-media--the-obsession-not-even-coronavirus-could-stop/2020/03/28/71bb21d0-f433-11e9-8cf0-4cc99f74d127_story.html

https://www.cjr.org/political_press/donald-trump-wins-press-loses-devastating-media-assault.php

170.    Pursuant to the project 2025 policy defendants are stealing from the poorest Americans to give to the wealthiest.

https://www.yahoo.com/news/analysis-says-trump-budget-plan-032302945.html

https://budgetlab.yale.edu/news/250319/illustrative-distributional-effects-policies-consistent-house-concurrent-budget-resolution-fiscal

171.    To the extent defendants and some conservative judges argue that all weight should be given to the result of an election, equal weight must be given to whether that result was obtained by an unconstitutional scheme to defraud. Had defendants not schemed to defraud Americans of their votes by in part false promises, hiding

"some" truths in between, the results would have been different. The Project 2025 policy will cause harm to Plaintiffs and similarly situated persons. The Court should declare that the policy project 2025 is unlawful and enjoin any actions taken to implement it.

J.                          1ST CAUSE OF ACTION

42 U.S.C. § 1983

172.    Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs.

173.    The primary plaintiff John Doe, in the context of malicious prosecution and false imprisonment, was in custody pursuant to void judgements and sentences, entered with lack of subject matter jurisdiction, then assaulted upon contest, as a direct result of implementation of the project 2025 policy at the state level,  by loyalist judiciary who refuse to apply the law equally, as determined in the cases of sufficiently similarly situated white persons, to the case of this Asian American. Defendants execute jurisdiction over the

Asian American plaintiff when none exists and refuse jurisdiction of the Asian American petitioner's properly invoked claims when it does.

https://civilrights.org/blog/project-2025-and-the-project-to-take-over-our-courts-and-our-rights/


174.    As stated, judicial, administrative, quasi-judicial, investigative, proceedings are conducted by loyalists in implementation of the project 2025 policy, thus the narratives and outcomes are so controlled adversely to the primary plaintiff John Doe, including spoliation of evidence with evidence as to its existence, in spite of his properly executed and required assertion of rights under the constitution and laws of the United States and state.

175.    Primary plaintiff John Doe, is permanently disabled as a direct result of implementation of the confederate white supremacist republican project 2025 policy at the state level, when defendants sought out prison assassins 4 times to cause at least great bodily harm, in part succeeding on 12/20/20 at the hands of white supremacist gang members by solicitation of the defendants.

176.    "Cruel and unusual punishment" is explicitly mentioned in the United States Constitution, specifically within the Eighth Amendment,

which states that "Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted." Assaults by prison staff or other inmates violate the Eighth Amendment if they involve the unnecessary and wanton infliction of pain or suffering. The standard is not simply whether the force was unreasonable, but whether it was used maliciously and sadistically for the purpose of causing harm. Here, harm was implemented under the project 2025 policy in the name of white supremacy.

177.      Plaintiff asserts claims pursuant to 42 U.S.C. § 1983 for violation of his Eighth and Fourteenth Amendment rights by showing that (1) a person(s) acting under color of state law (2) deprived the plaintiff of rights secured by the United States Constitution or laws of the United States. Adickes v. S.H. Kress Co., 398 U.S. 144, 150 (1970).

178.      The Eight Amendment imposes duties on prison officials to provide prisoners humane conditions of confinement, adequate food, clothing, shelter, medical care, and they must "take reasonable measures to guarantee the safety of the inmates." Helling v. McKinney, 509 U.S. 25, 31-32 (1993). Prison officials violate the Eighth Amendment for failure to adequately protect a prisoner only where (1) the alleged deprivation is objectively "sufficiently serious,"

or, stated differently, the inmate is incarcerated under conditions posing a "substantial risk of serious harm;" and (2) the prison official knew of and was "deliberately indifferent" to such risk. Farmer v. Brennan, 511 U.S. 825, 834 (1994). "Deliberate indifference" in medical treatment, prison conditions, and failure to protect claims means that the official knew of "a substantial risk of serious harm and disregard[ed] that risk by failing to take reasonable measures to abate it." Id. at 847. Thus, a prison official cannot be found liable under the Eighth Amendment for denying an inmate humane conditions of confinement unless the official knows of and disregards an excessive risk to inmate health or safety; the official must both be aware of facts from which the inference could be drawn that a substantial risk of serious harm exists, and he must also draw the inference.

179.    The Supreme Court has observed that prison administrators "are under an obligation to take reasonable measures to guarantee the safety of the inmates themselves." Hudson v. Palmer, 468 U.S. 517, 526-27 (1984). Liability under Section 1983 may be imposed on prison officials when a plaintiff has been assaulted by another prisoner if there was "intentional conduct, deliberate or reckless indifference to the prisoner's safety, or callous disregard on the part

of prison officials. "Davidson v. O'Lone, 752 F.2d 817, 828 (3d Cir.

1984) (en banc) (citations omitted) aff'd sub nom. Davidson v.

Cannon, 474 U.S. 344 (1986); see also Wade v. Haynes, 663 F.2d

778, 780-81 (8th Cir. 1981), aff'd on other grounds sub nom. Smith v.

Wade, 461 U.S. 30 (1983) (verdict sustained against correctional

officers and the superintendent of the reformatory for placing the

prisoner in a dangerous situation in which it was highly foreseeable

that the assault would occur);Holmes v. Goldin, 615 F.2d 83, 85 (2d

Cir. 1980) (prisoner assaulted by another prisoner entitled to an

opportunity "to show purposeful acts on the part of the correction

officers or deliberate indifference to his safety amounting to a

violation of due process.")

180.    A plaintiff seeking to recover under the Fourteenth Amendment

for a prison official's failure to protect must satisfy the same

"deliberate indifference" standard employed under an Eighth

Amendment, as discussed above. A.M. ex rel. J.M.K. v. Luzerne

County Juvenile Detention Center, 372 F.3d 572, 584 (3d Cir. 2004).

181.    Defendants are held responsible for the acts of its employees

under a theory of respondeat superior or vicarious liability by

implementation of the project 2025 policy. See Monell v. New York

City Dept. of Soc. Servs., 436 U.S. 658, 691 (1978); Natale v.

Camden County Corr. Facility, 318 F.3d 575, 583-84 (3d Cir. 2003).
Plaintiff must provide evidence that "there was a relevant [CMS]
policy or custom, and that the policy caused the constitutional
violation [he] allege[s]." Natale, 318 F.3d at 584 (citing Board of
County Comm'rs of Bryan County, Oklahoma v. Brown, 520 U.S. 397,
404 (1997)).

182.    The Court of Appeals for the Third Circuit has explained the
terms "custom", and "policy" as follows:

183.    A policy is made "when a decisionmaker possess[ing] final
authority to establish municipal policy with respect to the action
issues a final proclamation, policy or edict." Kneipp v. Tedder, 95
F.3d 1199, 1212 (3d Cir. 1996) (quoting Pembaur v. City of
Cincinnati, 475 U.S. 469, 481 (1986) (plurality opinion)).

184.    A custom is an act "that has not been formally approved by an
appropriate decisionmaker," but that is "so widespread as to have the
force of law." Bryan County, 520 U.S. at 404. Natale, 318 F.3d at
584.

185.    A government employee's acts may be deemed a "custom" or
"policy" of its employer where (1) an officer of the employer
"promulgates a generally applicable statement of policy and the
subsequent act . . . is simply an implementation of that policy;" (2)

federal law has been violated by an act of the policymaker; or (3) the policymaker has failed to act in the face of a need to take control of its agents so obvious "that the policymaker can reasonably be said to have been deliberately indifferent to the need." Id. (citations omitted).

186.    Project 2025 is that secret policy.

187.    To proceed on a Section 1983 claim for violation of plaintiff's Eighth and Fourteenth Amendment rights, plaintiff must show knowledge on the part of the defendants that amounts to "deliberate indifference." See Farmer, 511 U.S. at 837 (holding in an Eighth Amendment case that plaintiff must show that the official was "both be aware of facts from which the inference could be drawn that a substantial risk of serious harm exists, and he must also draw the inference."); A.M., 372 F.3d at 584 (applying the Eighth Amendment's "deliberate indifference" standard to claims of failure to protect under the under the Fourteenth Amendment by an inmate against prison officials).

188.    A federal official who participates in a state-level deprivation of rights can be liable under 42 U.S.C. § 1983, provided the actions were taken "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory". While Section 1983 typically addresses state and local officials, it can also apply to federal officials

who act in concert with state actors to violate someone's rights. This

could include a federal agent who collaborates with a state police

officer to conduct an unlawful search or seizure, or a federal official

who uses their authority to obstruct a state court proceeding.

189.    A private party is liable as a state actor for purposes of § 1983 if

the private party "is a willing participant in joint activity with the State

or its agents." Adickes v. S.H. Kress Co., 398 U.S. 144, 152 (1970)

(citation omitted).

190.    The standard for proving a civil conspiracy was set forth in

Hooks v. Hooks, 771 F.2d 935 (6th Cir. 1985), as follows:

191.    A civil conspiracy is an agreement between two or more

persons to injure another by unlawful action. Express agreement

among all the conspirators is not necessary to find the existence of a

civil conspiracy. Each conspirator need not have known all of the

details of the illegal plan, or all of the participants involved. All that

must be shown is that there was a single plan, that the alleged

coconspirator shared in the general conspiratorial objective, and that

an overt act was committed in furtherance of the conspiracy that

caused injury to the complainant.  See Hobson v. Wilson, 737 F.2d 1,

51-52 (D.C. Cir. 1984), cert. denied, ___ U.S. ___, 105 S.Ct. 1843,

85 L.Ed.2d 142 (1985); Hampton v. Hanrahan, 600 F.2d 600, 620-21

(7th Cir. 1979), cert. denied in part, granted in part and rev'd on other grounds, 446 U.S. 754, 100 S.Ct. 1987, 64 L.Ed.2d 670 (1980).

192.    Not all co-defendants' overt acts in a civil conspiracy need to be tortious; the core requirement is that the underlying agreement and actions taken in furtherance of it involve an unlawful or tortious act, even if not all overt acts are themselves tortious.  Each co-conspirator is liable for the group's actions, even if they didn't directly commit the underlying tort. This means that if one party in a conspiracy commits a tortious act, all co-conspirators are responsible for the damages. Restatement (Second) of Torts § 876(a) (1979) ("For harm resulting to a third person from the tortious conduct of another, one is subject to liability if he . . . does a tortious act in concert with the other or pursuant to a common design with him[.]"); *Compton v. Ide*, 732 F.2d 1429, 1433 (9th Cir. 1984) ("It is the wrongful act, not the conspiracy, which is actionable in a civil case.").

193.    The confederate white supremacist republican project 2025 is that policy, plan and conspiracy. The Project 2025 policy has and will cause harm to Plaintiff(s) and similarly situated persons. The Court should declare that the policy project 2025 is unlawful and enjoin any actions taken to implement it. The requested relief including damages should be granted.

194.     Defendants' actions were at all relevant times relevant to the project 2025 policy.

195.     All defendants are vicariously responsible for each other defendants' conduct.

196.     As a result, the primary plaintiff John Doe has suffered and will continue to suffer past and future pecuniary losses, physical and emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, loss of dignity, emotional distress, and other non-pecuniary losses and intangible injuries.

197.     As a further result, the primary plaintiff John Doe has lost income and the ability to earn.

198.     Plaintiff will continue to be burdened with the costs of litigation including, possible attorney's fees and costs.

**K.**                 **2CND CAUSE OF ACTION**

**Bivens v Six Unknown named agents**

199.     Plaintiff(s) reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs.

200.     Plaintiffs specifically reallege and incorporates section J. here

in its entirety which also establishes a Bivens action. The plaintiff

must demonstrate that a federal officer, acting under color of federal

authority, violated a constitutionally protected right, as established in

Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388 (1971).

In a Bivens action, state officials acting in concert with federal officials

can be liable for damages if their actions violate the U.S. Constitution,

as the Bivens doctrine allows for damages actions against federal

officials for constitutional violations, and this principle extends to state

officials acting with them.  For the reasons stated in section J holding

federal officials acting in concert with state officials liable under 1983,

state officials, as well as private citizens, acting in concert with federal

officials are liable under Bivens. The entire cause of action in J

applies here in this context.

201.     The confederate white supremacist republican project 2025 is

that policy, plan and, conspiracy.

202.     The Project 2025 policy has and will cause harm to Plaintiff(s)

and similarly situated persons. The Court should declare that the

policy project 2025 is unlawful and enjoin any actions taken to

implement it. The requested relief including damages should be

granted.

203.    Defendants' actions were at all relevant times relevant to the project 2025 policy.

204.    All defendants are vicariously responsible for each other defendants' conduct.

205.    As a result, the primary plaintiff John Doe has suffered and will continue to suffer past and future pecuniary losses, physical and emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, loss of dignity, emotional distress, and other non-pecuniary losses and intangible injuries.

206.    As a further result, the primary plaintiff John Doe has lost income and the ability to earn.

207.    Plaintiff will continue to be burdened with the costs of litigation including, possible attorney's fees and costs.


L.              3RD CAUSE OF ACTION

42 U.S.C. §1985

208.    Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs.

209.     To state a claim under § 1985(3), a plaintiff must allege the

following elements:

1. A conspiracy

2. A conspiratorial purpose to deprive a person or class of people of

their rights or privileges

3. An overt act in furtherance of the conspiracy

4. An injury to person or property, or a deprivation of a constitutionally

protected right or privilege

210.     The standard for proving a civil conspiracy was set forth in

Hooks v. Hooks, 771 F.2d 935 (6th Cir. 1985), as follows:

211.     A civil conspiracy is an agreement between two or more

persons to injure another by unlawful action. Express agreement

among all the conspirators is not necessary to find the existence of a

civil conspiracy. Each conspirator need not have known all the details

of the illegal plan, or all the participants involved. All that must be

shown is that there was a single plan, that the alleged coconspirator

shared in the general conspiratorial objective, and that an overt act

was committed in furtherance of the conspiracy that caused injury to

the complainant.

212.     All of the elements under 42 U.S.C. § 1985 (2) and (3) are

present.

213.      The Project 2025 policy has and will cause harm to Plaintiffs

and similarly situated persons.

214.     The Court should declare that the policy project 2025 is

unlawful and enjoin any actions taken to implement it. The requested

relief including damages should be granted.

215.     Defendants' actions were at all relevant times relevant to the

project 2025 policy.

216.     All defendants are vicariously responsible for each other

defendants' conduct.

217.     As a result, the primary plaintiff John Doe has suffered and will

continue to suffer past and future pecuniary losses, physical and

emotional pain, suffering, inconvenience, mental anguish, loss of

enjoyment of life, loss of dignity, emotional distress, and other non-

pecuniary losses and intangible injuries.

218.     As a further result, the primary plaintiff John Doe has lost

income and the ability to earn.

219.     Plaintiff will continue to be burdened with the costs of litigation

including, possible attorney's fees and costs.

M.                    4TH CAUSE OF ACTION

                      42 U.S.C. §1986

220.    Plaintiffs reallege and incorporate by reference the allegations

        set forth in each of the preceding paragraphs.

221.    The elements of 42 U.S.C. § 1986 are:

        1. Knowledge: The defendant knew that a wrongful act was about to

           be committed

        2. Power: The defendant had the power to prevent the wrongful act

        3. Neglect: The defendant failed to prevent the wrongful act

222.    42 U.S.C. § 1986 is an action for neglect to prevent and is clear

        in its plain text:

223.    " Every person who, having knowledge that any of the wrongs

        conspired to be done, and mentioned in section 1985 , are about to

        be committed, and having power to prevent or aid in preventing the

        commission of the same, neglects or refuses so to do, if such

        wrongful act be committed, shall be liable to the party injured, or his

        legal representatives, for all damages caused by such wrongful act,

        which such person by reasonable diligence could have prevented."

224.    All of the elements under 42 U.S.C. § 1986 are present.

225.    The Project 2025 policy has and will cause harm to Plaintiffs
and similarly situated persons.

226.    The Court should declare that the policy project 2025 is
unlawful and enjoin any actions taken to implement it.

227.    The requested relief including damages should be granted.

228.    Defendants' actions were at all relevant times relevant to the
project 2025 policy.

229.    All defendants are vicariously responsible for each other
defendants' conduct.

230.    As a result, the primary plaintiff John Doe has suffered and will
continue to suffer past and future pecuniary losses, physical and
emotional pain, suffering, inconvenience, mental anguish, loss of
enjoyment of life, loss of dignity, emotional distress, and other non-
pecuniary losses and intangible injuries.

231.    As a further result, the primary plaintiff John Doe has lost
income and the ability to earn.

232.    Plaintiff will continue to be burdened with the costs of litigation
including, possible attorney's fees and costs.

N.                          5TH CAUSE OF ACTION

                              42 U.S.C. §1981


233.      Plaintiffs reallege and incorporate by reference the allegations

          set forth in each of the preceding paragraphs.

234.      42 U.S.C. § 1981, provides a cause of action for interference

          with the right to sue based on racial discrimination, as it guarantees

          the right to "sue, be parties, give evidence, and to the full and equal

          benefit of all laws and proceedings for the security of persons and

          property". Section 1981 encompasses retaliation claims. CBOCS

          West, Inc. v. Humphries, 553 U.S. 442 (2008).

235.      In the context of 42 U.S.C. § 1981, these claims arise in part

          from retaliation for assertion of rights by a non-white person, with

          advanced hostility when the defendants are members of the

          confederate white supremacist republican party.  The plaintiff is an

          Asian American citizen.

236.      Pursuant to implementation of the project 2025 policy and

          conspiracy, the confederate white supremacist republican has

          retaliated against the plaintiff for assertion of constitutional rights by a

non-white person in any proceeding. At the state level, sufficiently similarly situated white persons were treated differently before and after the complaints of the primary plaintiff John Doe. "But for" the plaintiff not being white, under the implementation of the project 2025 policy, the injuries would not have occurred. Comcast Corp. v. Nat'l Ass'n of African Am.-Owned Media, 140 S. Ct. 1009, 206 L. Ed. 2d 356 (2020).

237.    The Project 2025 policy has and will cause harm to Plaintiffs and similarly situated persons.

238.    The Court should declare that the policy project 2025 is unlawful and enjoin any actions taken to implement it. The requested relief including damages should be granted.

239.    Defendants' actions were at all relevant times relevant to the project 2025 policy.

240.    All defendants are vicariously responsible for each other defendants' conduct.

241.    As a result, the primary plaintiff John Doe has suffered and will continue to suffer past and future pecuniary losses, physical and emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, loss of dignity, emotional distress, and other non-pecuniary losses and intangible injuries.

242.     As a further result, the primary plaintiff John Doe has lost income and the ability to earn.

243.     Plaintiff will continue to be burdened with the costs of litigation including, possible attorney's fees and costs.

O.       6TH CAUSE OF ACTION

   Title VI of the Civil Rights Act 42 U.S.C. § 2000d et seq

244.     Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs.

245.     42 U.S. Code § 2000d - Prohibition against exclusion from participation in, denial of benefits of, and discrimination under federally assisted programs on ground of race, color, or national origin holds:

246.     No person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance.

247.     State courts can and do receive federal funding, often through grants and programs designed to improve the quality of justice and address specific issues, such as courthouse security or access to

justice. State governments receive significant federal funding through various grants and programs, which can account for a substantial portion of their revenue, often used for services like healthcare, education, and infrastructure. Federal funds are a significant source of revenue for state governments, historically ranging from about a quarter to a third of total state revenue.

248.    The Primary plaintiff John Doe was discriminated against and denied the same quality of and access to justice as similarly situated white persons because of his race under implementation of the project 2025 policy.

249.    The Project 2025 policy has and will cause harm to Plaintiffs and similarly situated persons. The Court should declare that the policy project 2025 is unlawful and enjoin any actions taken to implement it. The requested relief including damages should be granted.

250.    Defendants' actions were at all relevant times relevant to the project 2025 policy.

251.    All defendants are vicariously responsible for each other defendants' conduct.

252.    As a result, the primary plaintiff John Doe has suffered and will continue to suffer past and future pecuniary losses, physical and

emotional pain, suffering, inconvenience, mental anguish, loss of

enjoyment of life, loss of dignity, emotional distress, and other non-

pecuniary losses and intangible injuries.

253.    As a further result, the primary plaintiff John Doe has lost

income and the ability to earn.

254.    Plaintiff will continue to be burdened with the costs of litigation

including, possible attorney's fees and costs.


**P.        7TH CAUSE OF ACTION**

**Fourteenth Amendment to the United States Constitution.**

255.    Plaintiffs reallege and incorporate by reference the allegations

set forth in each of the preceding paragraphs.

256.    Plaintiffs reallege and incorporate by reference the allegations

set forth in especially section G of the preceding paragraphs as it

pertains to this cause of action.

257.    As a result of the defendants 1. failing to remove the political

disability of insurrection of the leader of the confederate white

supremacist republican party, 2. impermissibly allowing voters to

remove the same, 3. impermissibly removing federal voters, Donald

J. Trump is holding office without authority to do so, implementing the project 2025 policy on a national level, imposing from a chilling effect , to denying the plaintiffs equal protection of the laws and other constitutional provisions, usurping authority from the other co-equal branches of government , and more as set forth in each of the preceding paragraphs.

258.    The Project 2025 policy has and will cause harm to Plaintiffs and similarly situated persons.

259.    The Court should declare that the policy project 2025 is unlawful and enjoin any actions taken to implement it. The requested relief including damages should be granted.

260.    Defendants' actions were at all relevant times relevant to the project 2025 policy.

261.    All defendants are vicariously responsible for each other defendants' conduct.

262.    As a result, the primary plaintiff John Doe has suffered and will continue to suffer past and future pecuniary losses, physical and emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, loss of dignity, emotional distress, and other non-pecuniary losses and intangible injuries.

263.    As a further result, the primary plaintiff John Doe has lost
income and the ability to earn.

264.    Plaintiff will continue to be burdened with the costs of litigation
including, possible attorney's fees and costs.


Q.                      8th  CAUSE OF ACTION

        FEDERAL TORT CLAIMS ACT, TUCKER ACT & SANCTIONS


265.    Plaintiffs reallege and incorporate by reference the allegations
set forth in each of the preceding paragraphs.

266.    Alleged president Trump alleges or on his part acknowledges a
"mandate" which is defined as the authority to carry out a policy or
course of action, regarded as given by the electorate to a candidate
or party that is victorious in an election. The defendants denied that
the unconstitutional Project 2025 policy would be implemented. The
perceived mandate or CONTRACT requires NON-
IMPLEMENTATION of the project 2025 policy.

267.    To the extent that the United States is named defendant, the
Federal Tort Claims Act authorizes tort lawsuits against the United
States itself.

268.    The Tucker Act grants the Court of Federal Claims jurisdiction
over claims against the United States, including those based on
"implied contracts," meaning contracts not explicitly stated but
inferred from the parties' conduct and circumstances. The Court can
issue orders, including injunctive relief, to provide an entire remedy
and complete the relief afforded by a judgment, as long as these
orders are "an incident of and collateral to" a judgment for money
damages.    Defendants have breached this contract or mandate and
must be enjoined from further breach.

https://www.cnn.com/2025/01/31/politics/trump-policy-project-2025-
executive-orders-invs/index.html

269.                    1. Spoliation of evidence

Plaintiffs reallege and incorporate by reference the allegations set
forth in preceding section H. The lost information was unfavorable to the
non-preserving party who acted with the intent to deprive plaintiffs of the

information's use in the litigation. As a result, plaintiffs request the honorable court issue a mandatory or permissive adverse inference instruction, or entry of a default judgment when so submitted. See FRCP 37. (Skanska U.S. Civil Se. v. Bagelheads, Inc., 75 F.4th 1290 (11th Cir. 2023) "sanctions are centered on the effect of a violation".)

270.        2. Live threats to litigants, judges, lawyers, opposing parties

271.    Defendants use the acts of their ongoing insurrection and violence as an ongoing threat, have pardoned approximately 1500 insurrectionists, have threatened lawyers, judges, democrats, and anyone who opposes the unlawful conduct of the confederate white supremacist republican party, including unlawful use of authority. This conduct is publicly known and may have been experienced by this honorable court itself.

272.    Defendants had full knowledge that litigation would commence, and in fact have retaliated in other cases when it did. Defendants knew that their conduct would have at least a chilling upon the assertion of rights. Therefore, it is reasonable to request that any identifying data be restricted from the defendants, and all reasonable

inferences be provided the plaintiffs regarding the restriction of such data as sanction.

273.    This standard should apply to all litigation involving these defendants, until they rectify the threats to all Americans who challenge their conduct, perhaps with truth. See FRCP 11. (Mata v. Avianca, Inc., 678 F. Supp. 3d 443 (S.D.N.Y. 2023) Sanctions are "limited to what suffices to deter repetition of the conduct or comparable conduct by others similarly situated.")

274.    ("The petitioners here, for example, introduced evidence that they and their supporters have been subjected to bomb threats, protests, stalking, and physical violence. Such risks are heightened in the 21st century and seem to grow with each passing year, as "anyone with access to a computer [can] compile a wealth of information about" anyone else, including such sensitive details as a person's home address or the school attended by his children. *Reed*, 561 U.S., at 208, 130 S.Ct. 2811 (ALITO, J., concurring)."*Ams. for Prosperity Found. v. Bonta*, 141 S. Ct. 2373, 2388 (2021) ""[t]he risk of a chilling effect . . . is enough"

275.    The Project 2025 policy will cause harm to Plaintiffs and similarly situated persons.

276.    Sanctions should be imposed.

277.    The Court should declare that the policy project 2025 is
unlawful and enjoin any actions taken to implement it.

278.    The requested relief including damages should be granted.

279.    Defendants' actions were at all relevant times relevant to the
project 2025 policy.

280.    All defendants are vicariously responsible for each other
defendants' conduct.

281.    As a result, the primary plaintiff John Doe has suffered and will
continue to suffer past and future pecuniary losses, physical and
emotional pain, suffering, inconvenience, mental anguish, loss of
enjoyment of life, loss of dignity, emotional distress, and other non-
pecuniary losses and intangible injuries.

282.    As a further result, the primary plaintiff John Doe has lost
income and the ability to earn.

283.    Plaintiff will continue to be burdened with the costs of litigation
including, possible attorney's fees and costs.

R.              DEMAND FOR JURY TRIAL

284.    Plaintiff, John Doe, hereby demands trial by jury on all issues so Triable as a matter of right.

S.                          **PRAYER FOR RELIEF**

285.    WHEREFORE, the Plaintiffs pray that the Court:

a. Declare that the project 2025 policy, identified by ANY title or its objectives, and the alleged presidency itself is contrary to the Constitution and laws of the United States, that Donald J. Trump is in office de facto and not de jure as a matter of fact and law regardless congress' duty to remove the disability of insurrection;

b. Declare that ALL actions, including but not limited to, the usurpation of power of the Judicial and Congressional branches , inconsistent with clearly established law, by case law, legislation, or rule , by Defendants and Defendant's agencies to implement or enforce the project 2025 policy are VOID including those VOID pursuant to Donald Trump's unlawful holding of office due to the political disability of insurrection ;

c. Preliminarily and permanently enjoin Defendants from implementing or enforcing the project 2025 policy;

d. Vacate any actions taken by Defendant agencies to implement or enforce the project 2025 policy;

e. Award such additional relief as the interests of justice may require.

f. As to the single primary plaintiff John Doe, for his injuries, inter alia, PUNITIVE, pecuniary, non-pecuniary, and compensatory damages more than $89,900,000.00.

g. As to all plaintiff's, punitive damages against the defendants in the amounts necessary to fund any terminated, paused, or eliminated, funding of any agency, office, commission, grant, program or, any other type of federal financial assistance , related to civil rights, pursuant to implementation of the project 2025 policy, in an indefinite amount and for an indefinite term in perpetuity or as the court sees fit.

h. Attorneys' fees and costs of this action

J.  Such other relief as this Court deems just and proper.

K. Enjoin the Commander in chief from utilization of psychological warfare a.k.a. psyops on civilians of the United States.

L. That leave to amend be granted, should the Honorable court determine that protection of the primary plaintiff John Doe's identity by restriction or limitation for the safety concerns stated in section Q 2 above, as so caused by the defendants, is outweighed by any matter of law.

M. Enjoin the defendants from knowing incitement of violence or threat of violence with knowing dishonesty, misinformation, disinformation, or exacerbated fact under guise of 1st amendment provisions, including the exploitation of low information or psychologically disadvantaged citizens.

N. Impose a gag order upon the defendants until they cure the live threats as moved for in the context of sanctions as indicated in section Q 2 above.

N. Restitution from defendants in perpetuity in the total amounts of federally budgeted dollars removed from the poorest Americans to the wealthiest as designated in this report:

https://budgetlab.yale.edu/news/250319/illustrative-distributional-effects-policies-consistent-house-concurrent-budget-resolution-fiscal

https://www.yahoo.com/news/analysis-says-trump-budget-plan-032302945.html

O. That rightful federal staffers be returned to office in protection of the plaintiffs' Constitutional rights, including military leaders to prohibit the alleged president's knowing violations of the Constitution by use of military against the citizens of United States.

P. That this case be considered a "mother" case to a miscellaneous file created for the purpose of reviewing executive action in violation of the court's findings.

**CERTIFICATE**

I John Doe, swear under penalties of perjury, that the foregoing is true, correct and not meant to mislead. I also certify that a true, correct copy has been forwarded.

U.S. Attorney 601 D St NW, Washington, DC 20004

Attorney General PL-01 The Capitol, Tallahassee, FL 32399-1050

The Executive Office, Office of the Legal Adviser, Suite 5.600, 600 19th Street NW., Washington DC 20522.

Executive Office of the President, 1600 Pennsylvania Avenue, NW,

Washington, DC 20530

Elon Musk   52448 Boca Chica Blvd, Brownsville, TX 78521

Donald J. Trump 1100 S. Ocean Blvd. Palm Beach, FL 33480

Stephen Miller 1600 Pennsylvania Avenue, NW, Washington, DC 20530

James David Vance 1600 Pennsylvania Avenue, NW, Washington, DC

20530

Republican National Committee 310 FIRST STREET SE WASHINGTON,

DC 20003

Fox News Network LLC 1211 Avenue of the Americas New York, NY

10036

The Heritage Foundation 214 Massachusetts Ave NE. Washington D.C.

20002-4999

John Doe